# EXHIBIT A



**COWIE LAW GROUP, P.C.**
1321 Generals Highway
Suite 302
Crownsville, MD 21032

Telephone: 410-327-3800
Facsimile: 410-327-3801
www.cowielawgroup.com

✳ Also licensed in DC
≠ Also licensed in MA

Nicholas D. Cowie ✳
Stanford L. Kimmel III
George A. Bealefeld, III
Albert McCarraher ✳
Francis J. Falatko III
———
of counsel
T. Allen Mott
Matthew C. Brenneman ≠
Michael R. McCann





January 23, 2023

Maryland Insurance Administration

**Via Hand Delivery**
The Hon. Kathleen A. Birrane, Commissioner
Maryland Insurance Administration
200 St. Paul Place, Suite 2700
Baltimore, Maryland 21202

Maryland Insurance Administration

JAN 2 4 2023

Received

Received

Re:  *Auchentoroly Estates LLC v. The Ohio Casualty Insurance Company, et al.*
Case No. 24-C-22-004334 CN
Service of Process on Liberty Mutual Insurance Company (NAIC# 23043)

Dear Commissioner Birrane:

Enclosed with this letter are two (2) copies of each of the following documents: (a) Complaint; (b) Writ of Summons to Liberty Mutual Insurance Company; (c) Plaintiff's Civil-Non-Domestic Case Information Report; and (d) a blank Civil-Non-Domestic Case Information Report in the above-captioned action. Additionally, enclosed is Cowie Law Group, P.C.'s check number 15304 in the amount of $15.00 payable to the Maryland Insurance Administration.

In accordance with Sections 4-107, 4-201 and 8-407 of the Insurance Article, Annotated Code of Maryland, the enclosed documents are being served on you in the above-captioned action as the attorney for service of process for Liberty Mutual Insurance Company.

As always, your attention to this matter is greatly appreciated.

Very truly yours,

COWIE & MOTT, P.A.

George A. Bealefeld, III

Enclosures

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )

Case Number: 24-C-22-004334 CN
C I V I L

AUCHENTOROLY ESTATES LLC vs THE OHIO CASUALTY INSURANCE COMPANY, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

        To: LIBERTY MUTUAL INSURANCE
            200 ST PAUL PLACE, SUITE 2700
            Baltimore, MD 21202


    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:    AUCHENTOROLY ESTATES LLC
                                    3000 FALLS ROAD #117
                                    Baltimore, MD 21211

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland


Date Issued:   01/06/23

Xavier A. Conaway
Clerk of the Circuit Court, per


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

```
              CIRCUIT COURT FOR BALTIMORE CITY
                        Xavier A. Conaway
                    Clerk of the Circuit Court
                        Courthouse East
                    111 North Calvert Street
                           Room 462
                      Baltimore, MD 21202-
            (410)-333-3722, TTY for Deaf: (410)-333-4389
```

W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
                              Case Number: 24-C-22-004334 CN
                                  C I V I L
AUCHENTOROLY ESTATES LLC vs THE OHIO CASUALTY INSURANCE COMPANY, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

        To: LIBERTY MUTUAL INSURANCE
            200 ST PAUL PLACE, SUITE 2700
            Baltimore, MD 21202


    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:   AUCHENTOROLY ESTATES LLC
                                   3000 FALLS ROAD #117
                                   Baltimore, MD 21211

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland


Date Issued:  01/06/23              _____
                                    Xavier A. Conaway
                                    Clerk of the Circuit Court, per_____


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

MARYLAND INSURANCE ADMINISTRATION
FORWARDED TO THE NAMED INSURANCE COMPANY
**DATE**   __01/26/2023__

AUCHENTOROLY ESTATES LLC   &ast;  IN THE
3000 Falls Road, #117     &ast;
Baltimore, Maryland 21211   &ast;  CIRCUIT COURT
           &ast;
    Plaintiff,    &ast;  FOR
           &ast;
v.          &ast;  BALTIMORE CITY
           &ast;
THE OHIO CASUALTY INSURANCE &ast;  Case No.:_____
COMPANY
c/o Liberty Mutual Insurance   &ast;
174 Berkeley Street     &ast;
Boston, Massachusetts 02116  &ast;
           &ast;
  Serve on: Kathleen A. Birrane, &ast;
    Insurance Commissioner &ast;
    Maryland Insurance Administration&ast;
    200 St. Paul Place, Suite 2700 &ast;
    Baltimore, Maryland 21202 &ast;
           &ast;
-and-         &ast;
           &ast;
LIBERTY MUTUAL INSURANCE  &ast;
174 Berkeley Street     &ast;
Boston, Massachusetts 02117  &ast;
           &ast;
  Serve on: Kathleen A. Birrane, &ast;
    Insurance Commissioner &ast;
    Maryland Insurance Administration&ast;
    200 St. Paul Place, Suite 2700 &ast;
    Baltimore, Maryland 21202 &ast;
           &ast;
    Defendants.   &ast;
           &ast;

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## **COMPLAINT**

Auchentoroly Estates LLC, Plaintiff ("Auchentoroly Estates" or "Plaintiff"), by and through its undersigned attorneys, George A. Bealefeld, III and the COWIE LAW GROUP, P.C., sues Defendants, The Ohio Casualty Insurance Company ("Ohio Casualty") and Liberty Mutual Insurance ("Liberty Mutual"), and states:

**Introduction**

1.  This is an action for: (a) breach of contract; and (b) declaratory judgment pursuant to § 3-406 of the Courts and Judicial Proceedings Article of the Annotated Code of Maryland, for the purpose of determining a question of actual controversy between the parties, as hereafter more fully appears.

**Parties**

2.  Auchentoroly Estates LLC, Plaintiff, is a Maryland limited liability company with its principal place of business in Baltimore City, Maryland. Plaintiff is the deed owner of 3400 Auchentoroly Terrace, Baltimore, MD (the "Property").

3.  The Ohio Casualty Insurance Company, Defendant, is a Massachusetts corporation that is admitted and/or authorized to generate and sell insurance products in the State of Maryland. At all times relevant hereto, Ohio Casualty regularly conducted business in the State of Maryland and was engaged in the generation and sale of insurance policies in Baltimore City, Maryland. Upon information and believe, Ohio Casualty is a member (or part) of the Liberty Mutual Insurance Group.

4.  Liberty Mutual Insurance, Defendant, is an out of state corporation that is admitted and/or authorized to sell insurance products in the State of Maryland. At all times relevant hereto, Liberty Mutual regularly conducted business in the State of Maryland and was engaged in the generation and sale of insurance policies in Baltimore City, Maryland. Upon information and believe, Liberty Mutual generates and sells insurance policies/products that are underwritten by Ohio Casualty, which is a member (or part) of the Liberty Mutual Insurance Group.

5.  Ohio Casualty and Liberty Mutual shall hereinafter be collectively referred to as "Defendants".

### Jurisdiction & Venue

6.  Jurisdiction is proper pursuant to § 1-501, § 3-403, and § 6-101 *et seq.* of the Courts & Judicial Proceedings Articles of the Maryland Annotated Code.

7.  Venue is proper pursuant to § 6-201 and § 6-202 of the Courts & Judicial Proceedings Article of the Maryland Annotated Code.

### Facts

8.  The Property is a historic brick building located on a prime corner of the Gwynns Falls Parkway in the Parkview/Woodbrook area of Baltimore City facing Druid Hill Park. As originally constructed, the Property had a detached garage/carriage house (the "Carriage House"). The Property was recently renovated/rehabilitated into a multi-family residential development consisting of 9 one-bedroom apartments, 5 two-bedroom apartments, 1 three-bedroom apartment, and a studio apartment. Until the Collision detailed in this Complaint, the renovation plan called for the Carriage House to remain as a feature of the Property.

9.  The Property was originally constructed in 1909 and is currently a contributing resource in the Auchentoroly Terrace Historic District, which is a locally designated residential district with established design guidelines and standards for review from Baltimore's Commission for Historical and Architectural Preservation. The Property is also located in a National Register Historic District.

10. In or about 2014, Meadow Property Management Corporation purchased the Property at public auction and subsequently assigned its rights to Auchentoroly Estates LLC, which ultimately acquired fee simple ownership of the Property by Court Agent's Deed and Court

Agent's Confirmatory Deed filed in the Land Records of the Circuit Court for Baltimore City at *Liber* 16295, *folio* 306 and *Liber* 20570, *folio* 113, respectively.

11. On or about December 21, 2018, Auchentoroly Estates obtained a builders' risk policy of insurance from Liberty Mutual with coverage underwritten/provided by Ohio Casualty, said policy being designated as No. BMO (19) 59 28 44 86 (the "Policy"), with various correspondence from Liberty Mutual's adjuster listing the policy number as BMO592844861. A true and accurate copy of the Policy is attached hereto and incorporated herein as if stated in its entirety as Exhibit A.

12. At all times relevant hereto, the Policy was in full force and effect.

13. At all times relevant hereto, the Policy's forms and endorsements included:

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 68 10 14 | Amendatory Endorsement - Maryland |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| IM 20 41 07 16 | Amendatory Endorsement - Maryland |
| IM 70 54 05 07 | Builders' Risk Coverage - Rehab And Reno Form |
| IM 70 79 04 04 | Soft Cost, Extra Expense and Rental Income |
| IM 70 88 04 04 | Windstorm Deductible |

14. Between 2018 and mid-2021, Plaintiff engaged in an extensive renovation/rehabilitation of the Property, converting it into a multi-family residential development. As originally contemplated and intended by the Plaintiff, the detached Carriage House at the Property was converted into a mechanical/utility space for the multi-family residential building, to include gas lines, electrical equipment, and all associated metering.

15. On or about October 7, 2019, an affiliate and/or subsidiary of Ernest Maier, Inc. named Bay Ready Mix of Maryland, LLC ("Bay Ready Mix") and/or one or more of Bay Ready

Mix's agents/servants/employees was/were retained or hired by Plaintiff to lay, pour, install, and/or deliver concrete to the Property as part of the ongoing renovation/rehabilitation work at the Property.

16. On or about October 7, 2019, Bay Ready Mix and/or one or more of its agents/servants/employees was/were in the process of and/or had just completed laying, pouring, and/or delivering concrete to the Property when said agents/servants/employees negligently caused the concrete mixing truck that was owned/operated by or on behalf of Bay Ready Mix, or leased to Bay Ready Mix, to collide with and/or strike one or more walls of the Carriage House, thereby causing extensive structural damage to the Carriage House as well as damage to other real and tangible property at or on the Property (the "Collision").

17. After the Collision, between October 10 and 25, 2019, and in an effort to mitigate its losses and any liability associated with the presence of the now structurally compromised and recently-condemned Carriage House on the Property, Auchentoroly Estates moved forward with the demolition of the Carriage House, excavation, and cartage of debris.

18. Given the Carriage House's location immediately adjacent to the multi-family residential structure's fire escape, and its importance as the situs of the project's gas and electrical infrastructure, Auchentoroly Estate's ability to continue with the renovation/rehabilitation of the multi-family residential structure following the Collision was significantly and adversely delayed.

19. Following the post-Collision demolition of the Carriage House, Auchentoroly Estates was required to shift its focus from completion of the multi-family residential structure to the re-design and reconstruction of the Carriage House, which encompassed re-designing and

reconstructing several key pieces/elements of the Property's infrastructure. This delayed

the project's overall critical path/construction timeline and had a material, adverse impact

on the project's sequencing, which in turn adversely impacted Auchentoroly Estates' ability

to move the overall project to completion.

20. As a direct result of the Collision, Auchentoroly Estates incurred damages that include, but

are not limited to, the following: (a) damage to its real property; (b) damage to tangible

property; (c) construction delay damages; (d) loss of business income; (e) additional

expenses, including additional finance charges; and (f) soft costs.

21. Contemporaneous with the date of the Collision, Auchentoroly Estates notified Defendants

of the Collision and instituted claim no. 23748958 (the "Claim") against/under the Policy.

22. In response to the Claim, Defendants issued a net payment to the Plaintiff in the amount of

$112,169.83 (i.e., $114,669.83 aggregate amount less the Policy deductible of $2,500.00)

representing the replacement cost value of the Carriage House.

23. Defendants denied the portion of Plaintiff's Claim attributed/related to building damages,

soft costs, extra expenses, and loss of rental income.

## Count I
### (Declaratory Judgment)

24. Auchentoroly Estates adopts and incorporates by reference the facts and allegations

contained in each of the proceedings paragraphs as though fully set forth herein.

25. The Policy provides, among other things, for builders' risk coverage. Under the Policy,

Defendants agreed, subject to various terms and conditions, to provide the following

insurance coverage to Auchentoroly Estates:

    a. IM 7054 05 07 Builders Risk Coverage Rehabilitation & Renovation Form (Pages

       1-15)

i. Property Covered – "We" cover the fooling property unless the property is excluded or subject to limitations. **Rehabilitation And Renovation** – "We" cover buildings or structures while in the course of rehabilitation or renovation as described below: **1. Coverage – a. Existing Building** -- If coverage for Existing Building is indicated on the "schedule of coverages", "we" cover direct physical loss caused by a covered peril to an "existing building" while in the course of rehabilitation or renovation …

ii. Coverage Extensions – The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages" … Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered … **1. Debris Removal – a. Coverage** – "We" pay the cost to remove the debris of covered property that is caused by a covered peril …

b. IM 7094 04 04 Soft Cost, Extra Expense, and Rental Income Endorsement (Pages 1 – 6):

i. Additional Definition – "Delay" means a delay in the construction, erection, or fabrication of a building or structure.

ii. Coverage – **1. Soft Costs – a. Coverage** – "We" pay for soft cost expenses that arise out of a "delay" resulting from direct physical loss or damage to a building or structure that is caused by a covered peril … **2. Extra Expense – a. Coverage** – "We" cover only the extra expenses that arise out of a delay resulting from direct physical loss or damage to a covered building or

structure that is caused by a covered peril … **c. Covered Extra Expenses** – "We" cover the necessary extra expenses that" **1)** "you" would not have incurred if there had not been loss or damage to a covered building or structure caused by or resulting from a covered peril; and **2)** are incurred to resume or continue as nearly as practicable, construction, erection, or fabrication of a covered building or structure … **3. Rental Income – a. Coverage** – "We" pay for "your" actual loss of rental income that arises out of a "delay" resulting from direct physical loss or damage to a building or structure that is caused by a covered peril …

   iii.   Coverage Extensions – The coverages provided below are part of and not in addition to the applicable "limit" for soft costs, extra expenses, and rental income.

         1.   **Ordinance Or Law – a. Coverage** – Coverage under this endorsement is extended for the increased time of "delay" caused by the enforcement of any ordinance, law, or decree that: **1)** regulates the construction, use, or repair of a covered building or structure; or **2)** required the demolition of a covered building or structure, in part or in whole, not damaged by a covered peril …

26. Auchentoroly Estates has given notice to Defendants of the Claim, which includes damages for soft costs, extra expenses, and lost rental income, under the Policy and made demand for payment of said damages.

27. While Defendants have admitted partial coverage for the Claim (and previously made payment of $112,169.83 to Auchentoroly Estates for the actual cash value portion of

Auchentoroly Estates' damages), Defendants denied the portion of the Claim related to Auchentoroly Estates' soft costs, extra expenses, and lost rental income. The bases for the denial are: (a) Defendants dispute the nature of the delay giving rise to the soft cost, extra expenses, and lost rental income components of Auchentoroly Estates' damages; (b) the Policy's exclusions pertaining to excavations, grading, filling, underground pipes, flues, and drains; (c) Defendants' disagreement with Auchentoroly Estates' claimed repair cost estimate, which Defendants contend includes items that were not installed at the Property at the time of the loss; and (d) Defendants' contention that Auchentoroly Estates' damages include property that was not covered under the Policy.

28. Defendants maintain that all of Auchentoroly Estates damages due to soft costs, extra expenses, and lost rental income are patently excluded from coverage under the Policy.

29. Auchentoroly Estates maintains that coverage does exist under the Policy for those portions of its damages related to soft costs, extra expenses, and lost rental income. Thus, there exists an actual controversy of a practicable issue between Defendants and Auchentoroly Estates within the jurisdiction of this Court involving the rights and liabilities of the parties under a contract or policy of insurance, which controversy may be determined by a judgment of this Court.

**WHEREFORE**, Plaintiff demands:

(A) That this Court determine and adjudicate the rights and liabilities of the parties with respect to the subject builders' risk insurance policy;

(B) That this Court find and declare that Defendants are required to pay those portions of Plaintiff's claim for damages related to soft costs, extra expenses, and rental income, up to any respective policy limits, under the subject builders' risk insurance policy; and

(C) That this Court award Plaintiff the costs of these proceedings.

**Count II**
**(Breach of Contract)**

30. Auchentoroly Estates adopts and incorporates by reference the facts and allegations contained in each of the proceedings paragraphs as though fully set forth herein.

31. On or about December 21, 2018, Auchentoroly Estates obtained the Policy from Liberty Mutual with coverage underwritten/provided by Ohio Casualty (Exhibit A, attached hereto and previously incorporated herein).

32. At all times relevant hereto, the Policy was in full force and effect.

33. The Policy is a valid and enforceable insurance contract between Auchentoroly Estates and Defendants.

34. Defendants are required and obligated to provide Auchentoroly Estates with the insurance coverage(s) set forth in the Policy and to promptly make payment of all claims submitted by Auchentoroly Estates that are covered by the Policy's various terms and provisions.

35. Contemporaneous to the Collision, Auchentoroly Estates timely provided Defendants with notice of the Collision and timely submitted a claim for damages covered by the Policy.

36. Defendants denied the portion(s) of Auchentoroly Estates claim for damages related to soft costs, extra expenses, and lost rental income, thereby materially breaching their Policy with Auchentoroly Estates.

37. Auchentoroly Estates has incurred a loss in excess of $75,000.00 as a result of Defendants' breach of contract.

**WHEREFORE,** Plaintiff Auchentoroly Estates LLC demands judgment against Defendants Ohio Casualty Insurance Company and Liberty Mutual Insurance in an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00+), plus interest and costs.

Respectfully submitted,

COWIE LAW GROUP, P.C.

X _____

George A. Bealefeld, III
(AIS# 0212170057)
1321 Generals Highway, Suite 302
Crownsville, Maryland 21032
410-327-3800 (telephone)
410-327-3801 (facsimile)
gab@cowielawgroup.com
*Attorneys for Plaintiff*
*Auchentoroly Estates LLC*

IN THE CIRCUIT COURT FOR BALTIMORE CITY
<span style="display:block; text-align:right">(City or County)</span>

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

FORM FILED BY: ☒PLAINTIFF  ☐DEFENDANT      CASE NUMBER _____
<span style="display:block; text-align:right">(Clerk to insert)</span>

CASE NAME: Auchentoroly Estates, LLC _____ vs. The Ohio Casualty Insurance, et al.
<span style="display:block">         Plaintiff                                       Defendant</span>

PARTY'S NAME: Auchentoroly Estates, LLC _____ PHONE: _____

PARTY'S ADDRESS: 3000 Falls Road, #117, Baltimore, Maryland 21211

PARTY'S E-MAIL: _____

**If represented by an attorney:**

PARTY'S ATTORNEY'S NAME: George A. Bealefeld, III, Esq. ____ PHONE: 410-327-3800

PARTY'S ATTORNEY'S ADDRESS: 1321 Generals Highway, Suite 302, Crownsville, MD 21032

PARTY'S ATTORNEY'S E-MAIL: gab@cowielawgroup.com

JURY DEMAND? ☐Yes ☒No

RELATED CASE PENDING? ☐Yes ☒No If yes, Case #(s), if known:_____

ANTICIPATED LENGTH OF TRIAL?: _____ hours ___4___ days

### PLEADING TYPE

**New Case:** ☒Original        ☐ Administrative Appeal  ☐ Appeal

**Existing Case:** ☐Post-Judgment   ☐Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:_____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☒ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

### IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☒ Judgment-Declaratory
- ☐ Judgment-Default

- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment

- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated Liability above*, mark one of the following.  This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute.  ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000        ☐ $10,000 - $30,000        ☐ $30,000 - $100,000        ☒ Over $100,000

☐ Medical Bills $_____        ☐ Wage Loss $_____        ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101?  (Check all that apply)

| | | | | | |
|---|---|---|---|---|---|
| A. Mediation | ☒ Yes | ☐ No | C. Settlement Conference | ☒ Yes | ☐ No |
| B. Arbitration | ☐ Yes | ☐ No | D. Neutral Evaluation | ☐ Yes | ☐ No |

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*        ***(Case will be tracked accordingly)***

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited-** Trial within 7 months of        ☐ **Standard -** Trial within 18 months of
Defendant's response                                              Defendant's response

EMERGENCY RELIEF REQUESTED

**COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)**

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❑ **Expedited** - Trial within 7 months of Defendant's response        ❑ **Standard** - Trial within 18 months of Defendant's response

**IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.**

**CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)**

| | | |
|---|---|---|
| ❑ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❑ | Civil-Short | Trial 210 days from first answer. |
| ☒ | Civil-Standard | Trial 360 days from first answer. |
| ❑ | Custom | Scheduling order entered by individual judge. |
| ❑ | Asbestos | Special scheduling order. |
| ❑ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ❑ | Tax Sale Foreclosures | Special scheduling order. |
| ❑ | Mortgage Foreclosures | No scheduling order. |

**CIRCUIT COURT FOR BALTIMORE COUNTY**

| | | |
|---|---|---|
| ❑ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❑ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❑ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❑ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

| | |
|---|---|
| October 5, 2022 | /s/ George A. Bealefeld, III |
| Date | Signature of Counsel / Party |
| 1321 Generals Highway, Suite 302 | George A. Bealefeld, III |
| Address | Printed Name |

| | | |
|---|---|---|
| Crownsville | MD | 21032 |
| City | State | Zip Code |

**CC-DCM-002** (Rev. 04/2017)                    Page 3 of 3

IN THE CIRCUIT COURT FOR_____
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☐PLAINTIFF  ☐DEFENDANT  CASE NUMBER_____
(Clerk to insert)

**CASE NAME:**:_____ vs. _____
Plaintiff          Defendant

**PARTY'S NAME:** _____ **PHONE:** _____

**PARTY'S ADDRESS:** _____

**PARTY'S E-MAIL:** _____

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:**_____ **PHONE:**_____

**PARTY'S ATTORNEY'S ADDRESS:**_____

**PARTY'S ATTORNEY'S E-MAIL:**_____

**JURY DEMAND?** ☐Yes ☐No

**RELATED CASE PENDING?** ☐Yes ☐No  If yes, Case #(s), if known:_____

**ANTICIPATED LENGTH OF TRIAL?:** _____hours _____days

### PLEADING TYPE

**New Case:** ☐Original  ☐Administrative Appeal  ☐ Appeal

**Existing Case:** ☐Post-Judgment  ☐Amendment

*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

| | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☐ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☐ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated **Liability** above*, mark one of the following.  This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.  ☐ Liability is not conceded, but is not seriously in dispute. ☐ Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000   ☐ $10,000 - $30,000   ☐ $30,000 - $100,000   ☐ Over $100,000

☐ Medical Bills $_____   ☐ Wage Loss $_____   ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101?  (Check all that apply)
A. Mediation        ☐ Yes  ☐ No       C. Settlement Conference    ☐ Yes  ☐ No
B. Arbitration      ☐ Yes  ☐ No       D. Neutral Evaluation       ☐ Yes  ☐ No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*        ***(Case will be tracked accordingly)***

☐ 1/2 day of trial or less       ☐ 3 days of trial time

☐ 1 day of trial time            ☐ More than 3 days of trial time

☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions****, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of       ☐ **Standard** - Trial within 18 months of
       Defendant's response                              Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❏ **Expedited** - Trial within 7 months of Defendant's response     ❏ **Standard** - Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ❏ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❏ | Civil-Short | Trial 210 days from first answer. |
| ❏ | Civil-Standard | Trial 360 days from first answer. |
| ❏ | Custom | Scheduling order entered by individual judge. |
| ❏ | Asbestos | Special scheduling order. |
| ❏ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ❏ | Tax Sale Foreclosures | Special scheduling order. |
| ❏ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ❏ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❏ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❏ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❏ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

_____
Date

_____
Address

_____
City          State     Zip Code

_____
Signature of Counsel / Party

_____
Printed Name

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T   O F   S U M M O N S   ( P r i v a t e   P r o c e s s )
Case Number: 24-C-22-004334 CN
C I V I L
AUCHENTOROLY ESTATES LLC vs THE OHIO CASUALTY INSURANCE COMPANY, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

    To: LIBERTY MUTUAL INSURANCE
        200 ST PAUL PLACE, SUITE 2700
        Baltimore, MD 21202


    You are hereby summoned to file a written response by pleading or motion,
within 30  days after service of this summons upon you, in this court, to
the attached Complaint filed by:   AUCHENTOROLY ESTATES LLC
                                   3000 FALLS ROAD #117
                                   Baltimore, MD 21211

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland


Date Issued:   01/06/23            Xavier A. Conaway
                                   Clerk of the Circuit Court, per


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

CIRCUIT COURT FOR BALTIMORE CITY
Xavier A. Conaway
Clerk of the Circuit Court
Courthouse East
111 North Calvert Street
Room 462
Baltimore, MD 21202-
(410)-333-3722, TTY for Deaf: (410)-333-4389


W R I T   O F   S U M M O N S   (P r i v a t e   P r o c e s s)
                          Case Number: 24-C-22-004334 CN
                          C I V I L
AUCHENTOROLY ESTATES LLC vs THE OHIO CASUALTY INSURANCE COMPANY, et al

STATE OF MARYLAND, BALTIMORE CITY, TO WIT:

        To: LIBERTY MUTUAL INSURANCE
            200 ST PAUL PLACE, SUITE 2700
            Baltimore, MD 21202


    You are hereby summoned to file a written response by pleading or motion,
within 30   days after service of this summons upon you, in this court, to
the attached Complaint filed by:   AUCHENTOROLY ESTATES LLC
                                   3000 FALLS ROAD #117
                                   Baltimore, MD 21211

WITNESS the Honorable Chief Judge of the Eighth Judicial Circuit of
Maryland

Date Issued:  01/06/23

Xavier A. Conaway
Clerk of the Circuit Court, per


To the person summoned:

FAILURE TO FILE A RESPONSE WITHIN THE TIME ALLOTTED MAY RESULT IN A JUDGMENT
BY DEFAULT OR THE GRANTING OF THE RELIEF SOUGHT AGAINST YOU.

Personal attendance in court on the day named is NOT required.

AUCHENTOROLY ESTATES LLC               *     IN THE
3000 Falls Road, #117                  *
Baltimore, Maryland 21211              *     CIRCUIT COURT
                                       *
        Plaintiff,           *     FOR
                                       *
v.                                     *     BALTIMORE CITY
                                       *
THE OHIO CASUALTY INSURANCE            *     Case No.:_____
COMPANY                                *
c/o Liberty Mutual Insurance           *
174 Berkeley Street                    *
Boston, Massachusetts 02116            *
                                       *
  Serve on: Kathleen A. Birrane,      *
       Insurance Commissioner     *
       Maryland Insurance Administration   *
       200 St. Paul Place, Suite 2700      *
       Baltimore, Maryland 21202  *
                                       *
-and-                                  *
                                       *
LIBERTY MUTUAL INSURANCE               *
174 Berkeley Street                    *
Boston, Massachusetts 02117            *
                                       *
  Serve on: Kathleen A. Birrane,      *
       Insurance Commissioner     *
       Maryland Insurance Administration   *
       200 St. Paul Place, Suite 2700      *
       Baltimore, Maryland 21202  *
                                       *
       Defendants.                *
                                       *
*     *     *     *     *     *     *     *     *     *     *     *     *

## COMPLAINT

Auchentoroly Estates LLC, Plaintiff ("Auchentoroly Estates" or "Plaintiff"), by and through its undersigned attorneys, George A. Bealefeld, III and the COWIE LAW GROUP, P.C., sues Defendants, The Ohio Casualty Insurance Company ("Ohio Casualty") and Liberty Mutual Insurance ("Liberty Mutual"), and states:

Page 1 of 11

## Introduction

1. This is an action for: (a) breach of contract; and (b) declaratory judgment pursuant to § 3-406 of the Courts and Judicial Proceedings Article of the Annotated Code of Maryland, for the purpose of determining a question of actual controversy between the parties, as hereafter more fully appears.

## Parties

2. Auchentoroly Estates LLC, Plaintiff, is a Maryland limited liability company with its principal place of business in Baltimore City, Maryland. Plaintiff is the deed owner of 3400 Auchentoroly Terrace, Baltimore, MD (the "Property").

3. The Ohio Casualty Insurance Company, Defendant, is a Massachusetts corporation that is admitted and/or authorized to generate and sell insurance products in the State of Maryland. At all times relevant hereto, Ohio Casualty regularly conducted business in the State of Maryland and was engaged in the generation and sale of insurance policies in Baltimore City, Maryland. Upon information and believe, Ohio Casualty is a member (or part) of the Liberty Mutual Insurance Group.

4. Liberty Mutual Insurance, Defendant, is an out of state corporation that is admitted and/or authorized to sell insurance products in the State of Maryland. At all times relevant hereto, Liberty Mutual regularly conducted business in the State of Maryland and was engaged in the generation and sale of insurance policies in Baltimore City, Maryland. Upon information and believe, Liberty Mutual generates and sells insurance policies/products that are underwritten by Ohio Casualty, which is a member (or part) of the Liberty Mutual Insurance Group.

5. Ohio Casualty and Liberty Mutual shall hereinafter be collectively referred to as "Defendants".

## Jurisdiction & Venue

6. Jurisdiction is proper pursuant to § 1-501, § 3-403, and § 6-101 *et seq.* of the Courts & Judicial Proceedings Articles of the Maryland Annotated Code.

7. Venue is proper pursuant to § 6-201 and § 6-202 of the Courts & Judicial Proceedings Article of the Maryland Annotated Code.

## Facts

8. The Property is a historic brick building located on a prime corner of the Gwynns Falls Parkway in the Parkview/Woodbrook area of Baltimore City facing Druid Hill Park. As originally constructed, the Property had a detached garage/carriage house (the "Carriage House"). The Property was recently renovated/rehabilitated into a multi-family residential development consisting of 9 one-bedroom apartments, 5 two-bedroom apartments, 1 three-bedroom apartment, and a studio apartment. Until the Collision detailed in this Complaint, the renovation plan called for the Carriage House to remain as a feature of the Property.

9. The Property was originally constructed in 1909 and is currently a contributing resource in the Auchentoroly Terrace Historic District, which is a locally designated residential district with established design guidelines and standards for review from Baltimore's Commission for Historical and Architectural Preservation. The Property is also located in a National Register Historic District.

10. In or about 2014, Meadow Property Management Corporation purchased the Property at public auction and subsequently assigned its rights to Auchentoroly Estates LLC, which ultimately acquired fee simple ownership of the Property by Court Agent's Deed and Court

Agent's Confirmatory Deed filed in the Land Records of the Circuit Court for Baltimore

City at *Liber* 16295, *folio* 306 and *Liber* 20570, *folio* 113, respectively.

11. On or about December 21, 2018, Auchentoroly Estates obtained a builders' risk policy of

insurance from Liberty Mutual with coverage underwritten/provided by Ohio Casualty,

said policy being designated as No. BMO (19) 59 28 44 86 (the "Policy"), with various

correspondence from Liberty Mutual's adjuster listing the policy number as

BMO592844861. A true and accurate copy of the Policy is attached hereto and

incorporated herein as if stated in its entirety as Exhibit A.

12. At all times relevant hereto, the Policy was in full force and effect.

13. At all times relevant hereto, the Policy's forms and endorsements included:

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
| --- | --- |
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 68 10 14 | Amendatory Endorsement - Maryland |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| IM 20 41 07 16 | Amendatory Endorsement - Maryland |
| IM 70 54 05 07 | Builders' Risk Coverage - Rehab And Reno Form |
| IM 70 79 04 04 | Soft Cost,Extra Expense and Rental Income |
| IM 70 88 04 04 | Windstorm Deductible |

14. Between 2018 and mid-2021, Plaintiff engaged in an extensive renovation/rehabilitation

of the Property, converting it into a multi-family residential development. As originally

contemplated and intended by the Plaintiff, the detached Carriage House at the Property

was converted into a mechanical/utility space for the multi-family residential building, to

include gas lines, electrical equipment, and all associated metering.

15. On or about October 7, 2019, an affiliate and/or subsidiary of Ernest Maier, Inc. named

Bay Ready Mix of Maryland, LLC ("Bay Ready Mix") and/or one or more of Bay Ready

Mix's agents/servants/employees was/were retained or hired by Plaintiff to lay, pour, install, and/or deliver concrete to the Property as part of the ongoing renovation/rehabilitation work at the Property.

16. On or about October 7, 2019, Bay Ready Mix and/or one or more of its agents/servants/employees was/were in the process of and/or had just completed laying, pouring, and/or delivering concrete to the Property when said agents/servants/employees negligently caused the concrete mixing truck that was owned/operated by or on behalf of Bay Ready Mix, or leased to Bay Ready Mix, to collide with and/or strike one or more walls of the Carriage House, thereby causing extensive structural damage to the Carriage House as well as damage to other real and tangible property at or on the Property (the "Collision").

17. After the Collision, between October 10 and 25, 2019, and in an effort to mitigate its losses and any liability associated with the presence of the now structurally compromised and recently-condemned Carriage House on the Property, Auchentoroly Estates moved forward with the demolition of the Carriage House, excavation, and cartage of debris.

18. Given the Carriage House's location immediately adjacent to the multi-family residential structure's fire escape, and its importance as the situs of the project's gas and electrical infrastructure, Auchentoroly Estate's ability to continue with the renovation/rehabilitation of the multi-family residential structure following the Collision was significantly and adversely delayed.

19. Following the post-Collision demolition of the Carriage House, Auchentoroly Estates was required to shift its focus from completion of the multi-family residential structure to the re-design and reconstruction of the Carriage House, which encompassed re-designing and

reconstructing several key pieces/elements of the Property's infrastructure. This delayed the project's overall critical path/construction timeline and had a material, adverse impact on the project's sequencing, which in turn adversely impacted Auchentoroly Estates' ability to move the overall project to completion.

20. As a direct result of the Collision, Auchentoroly Estates incurred damages that include, but are not limited to, the following: (a) damage to its real property; (b) damage to tangible property; (c) construction delay damages; (d) loss of business income; (e) additional expenses, including additional finance charges; and (f) soft costs.

21. Contemporaneous with the date of the Collision, Auchentoroly Estates notified Defendants of the Collision and instituted claim no. 23748958 (the "Claim") against/under the Policy.

22. In response to the Claim, Defendants issued a net payment to the Plaintiff in the amount of $112,169.83 (i.e., $114,669.83 aggregate amount less the Policy deductible of $2,500.00) representing the replacement cost value of the Carriage House.

23. Defendants denied the portion of Plaintiff's Claim attributed/related to building damages, soft costs, extra expenses, and loss of rental income.

## Count I
## (Declaratory Judgment)

24. Auchentoroly Estates adopts and incorporates by reference the facts and allegations contained in each of the proceedings paragraphs as though fully set forth herein.

25. The Policy provides, among other things, for builders' risk coverage. Under the Policy, Defendants agreed, subject to various terms and conditions, to provide the following insurance coverage to Auchentoroly Estates:

    a.  IM 7054 05 07 Builders Risk Coverage Rehabilitation & Renovation Form (Pages 1-15)

     i.  Property Covered – "We" cover the fooling property unless the property is excluded or subject to limitations. **Rehabilitation And Renovation** – "We" cover buildings or structures while in the course of rehabilitation or renovation as described below: **1. Coverage – a. Existing Building** -- If coverage for Existing Building is indicated on the "schedule of coverages", "we" cover direct physical loss caused by a covered peril to an "existing building" while in the course of rehabilitation or renovation …

    ii.  Coverage Extensions – The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages" … Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered … **1. Debris Removal – a. Coverage** – "We" pay the cost to remove the debris of covered property that is caused by a covered peril …

b.  IM 7094 04 04 Soft Cost, Extra Expense, and Rental Income Endorsement (Pages 1 – 6):

     i.  Additional Definition – "Delay" means a delay in the construction, erection, or fabrication of a building or structure.

    ii.  Coverage – **1. Soft Costs – a. Coverage** – "We" pay for soft cost expenses that arise out of a "delay" resulting from direct physical loss or damage to a building or structure that is caused by a covered peril … **2. Extra Expense – a. Coverage** – "We" cover only the extra expenses that arise out of a delay resulting from direct physical loss or damage to a covered building or

structure that is caused by a covered peril … **c. Covered Extra Expenses** – "We" cover the necessary extra expenses that" **1)** "you" would not have incurred if there had not been loss or damage to a covered building or structure caused by or resulting from a covered peril; and **2)** are incurred to resume or continue as nearly as practicable, construction, erection, or fabrication of a covered building or structure … **3. Rental Income – a. Coverage** – "We" pay for "your" actual loss of rental income that arises out of a "delay" resulting from direct physical loss or damage to a building or structure that is caused by a covered peril …

   iii. Coverage Extensions – The coverages provided below are part of and not in addition to the applicable "limit" for soft costs, extra expenses, and rental income.

      1. **Ordinance Or Law – a. Coverage** – Coverage under this endorsement is extended for the increased time of "delay" caused by the enforcement of any ordinance, law, or decree that: **1)** regulates the construction, use, or repair of a covered building or structure; or **2)** required the demolition of a covered building or structure, in part or in whole, not damaged by a covered peril …

26. Auchentoroly Estates has given notice to Defendants of the Claim, which includes damages for soft costs, extra expenses, and lost rental income, under the Policy and made demand for payment of said damages.

27. While Defendants have admitted partial coverage for the Claim (and previously made payment of $112,169.83 to Auchentoroly Estates for the actual cash value portion of

Auchentoroly Estates' damages), Defendants denied the portion of the Claim related to Auchentoroly Estates' soft costs, extra expenses, and lost rental income. The bases for the denial are: (a) Defendants dispute the nature of the delay giving rise to the soft cost, extra expenses, and lost rental income components of Auchentoroly Estates' damages; (b) the Policy's exclusions pertaining to excavations, grading, filling, underground pipes, flues, and drains; (c) Defendants' disagreement with Auchentoroly Estates' claimed repair cost estimate, which Defendants contend includes items that were not installed at the Property at the time of the loss; and (d) Defendants' contention that Auchentoroly Estates' damages include property that was not covered under the Policy.

28. Defendants maintain that all of Auchentoroly Estates damages due to soft costs, extra expenses, and lost rental income are patently excluded from coverage under the Policy.

29. Auchentoroly Estates maintains that coverage does exist under the Policy for those portions of its damages related to soft costs, extra expenses, and lost rental income. Thus, there exists an actual controversy of a practicable issue between Defendants and Auchentoroly Estates within the jurisdiction of this Court involving the rights and liabilities of the parties under a contract or policy of insurance, which controversy may be determined by a judgment of this Court.

**WHEREFORE**, Plaintiff demands:

(A) That this Court determine and adjudicate the rights and liabilities of the parties with respect to the subject builders' risk insurance policy;

(B) That this Court find and declare that Defendants are required to pay those portions of Plaintiff's claim for damages related to soft costs, extra expenses, and rental income, up to any respective policy limits, under the subject builders' risk insurance policy; and

(C) That this Court award Plaintiff the costs of these proceedings.

## Count II
### (Breach of Contract)

30. Auchentoroly Estates adopts and incorporates by reference the facts and allegations contained in each of the proceedings paragraphs as though fully set forth herein.

31. On or about December 21, 2018, Auchentoroly Estates obtained the Policy from Liberty Mutual with coverage underwritten/provided by Ohio Casualty (Exhibit A, attached hereto and previously incorporated herein).

32. At all times relevant hereto, the Policy was in full force and effect.

33. The Policy is a valid and enforceable insurance contract between Auchentoroly Estates and Defendants.

34. Defendants are required and obligated to provide Auchentoroly Estates with the insurance coverage(s) set forth in the Policy and to promptly make payment of all claims submitted by Auchentoroly Estates that are covered by the Policy's various terms and provisions.

35. Contemporaneous to the Collision, Auchentoroly Estates timely provided Defendants with notice of the Collision and timely submitted a claim for damages covered by the Policy.

36. Defendants denied the portion(s) of Auchentoroly Estates claim for damages related to soft costs, extra expenses, and lost rental income, thereby materially breaching their Policy with Auchentoroly Estates.

37. Auchentoroly Estates has incurred a loss in excess of $75,000.00 as a result of Defendants' breach of contract.

**WHEREFORE**, Plaintiff Auchentoroly Estates LLC demands judgment against Defendants Ohio Casualty Insurance Company and Liberty Mutual Insurance in an amount that exceeds Seventy-Five Thousand Dollars ($75,000.00+), plus interest and costs.

Respectfully submitted,

COWIE LAW GROUP, P.C.

X _____
George A. Bealefeld, III

George A. Bealefeld, III
(AIS# 0212170057)
1321 Generals Highway, Suite 302
Crownsville, Maryland 21032
410-327-3800 (telephone)
410-327-3801 (facsimile)
gab@cowielawgroup.com
*Attorneys for Plaintiff*
*Auchentoroly Estates LLC*

IN THE CIRCUIT COURT FOR BALTIMORE CITY
*(City or County)*

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

**Plaintiff:** This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
**Defendant:** You must file an Information Report as required by Rule 2-323(h).
***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒PLAINTIFF  ☐DEFENDANT  CASE NUMBER _____
*(Clerk to insert)*

**CASE NAME:** Auchentoroly Estates, LLC _____ vs. The Ohio Casualty Insurance, et al.
         Plaintiff                              Defendant

**PARTY'S NAME:** Auchentoroly Estates, LLC         PHONE:

**PARTY'S ADDRESS:** 3000 Falls Road, #117, Baltimore, Maryland 21211

**PARTY'S E-MAIL:**

**If represented by an attorney:**
**PARTY'S ATTORNEY'S NAME:** George A. Bealefeld, III, Esq. ____ PHONE: 410-327-3800

**PARTY'S ATTORNEY'S ADDRESS:** 1321 Generals Highway, Suite 302, Crownsville, MD 21032

**PARTY'S ATTORNEY'S E-MAIL:** gab@cowielawgroup.com

**JURY DEMAND?** ☐Yes ☒No

**RELATED CASE PENDING?** ☐Yes ☒No If yes, Case #(s), if known:_____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours   4   days

### PLEADING TYPE

**New Case:** ☒Original    ☐ Administrative Appeal   ☐ Appeal
**Existing Case:** ☐Post-Judgment   ☐ Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt:
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☒ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

**CC-DCM-002** (Rev. 04/2017)         Page 1 of 3

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☒ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☒ Judgment-Declaratory
- ☐ Judgment-Default

- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment

- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above*, mark one of the following.  This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐Liability is conceded.  ☐Liability is not conceded, but is not seriously in dispute.  ☐Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000        ☐ $10,000 - $30,000        ☐ $30,000 - $100,000        ☒ Over $100,000

☐ Medical Bills $_____        ☐ Wage Loss $_____        ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

A. Mediation        ☒Yes    ☐No        C. Settlement Conference    ☒Yes    ☐No
B. Arbitration      ☐Yes    ☐No        D. Neutral Evaluation       ☐Yes    ☐No

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*
*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less        ☐ 3 days of trial time

☐ 1 day of trial time             ☐ More than 3 days of trial time

☐ 2 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited-** Trial within 7 months of        ☐ **Standard** - Trial within 18 months of
Defendant's response                              Defendant's response

EMERGENCY RELIEF REQUESTED

| **COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)** |
|---|

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

***IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.***

## CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☒ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

## CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

| | |
|---|---|
| October 5, 2022 | /s/ George A. Bealefeld, III |
| Date | Signature of Counsel / Party |
| 1321 Generals Highway, Suite 302 | George A. Bealefeld, III |
| Address | Printed Name |
| Crownsville          MD          21032 | |
| City          State          Zip Code | |

IN THE CIRCUIT COURT FOR _____

(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).
*THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING*

**FORM FILED BY:** ☐PLAINTIFF   ☐DEFENDANT      CASE NUMBER _____
(Clerk to insert)

**CASE NAME:** _____ vs. _____
Plaintiff                                    Defendant

**PARTY'S NAME:** _____     PHONE: _____

**PARTY'S ADDRESS:** _____

**PARTY'S E-MAIL:** _____

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** _____     PHONE: _____

**PARTY'S ATTORNEY'S ADDRESS:** _____

**PARTY'S ATTORNEY'S E-MAIL:** _____

**JURY DEMAND?** ☐Yes ☐No

**RELATED CASE PENDING?** ☐Yes ☐No  If yes, Case #(s), if known: _____

**ANTICIPATED LENGTH OF TRIAL?:** _____ hours _____ days

### PLEADING TYPE

**New Case:** ☐Original      ☐Administrative Appeal   ☐ Appeal
**Existing Case:** ☐Post-Judgment   ☐Amendment
*If filing in an existing case, skip Case Category/ Subcategory section - go to Relief section.*

**IF NEW CASE: CASE CATEGORY/SUBCATEGORY (*Check one box.*)**

**TORTS**
☐ Asbestos
☐ Assault and Battery
☐ Business and Commercial
☐ Conspiracy
☐ Conversion
☐ Defamation
☐ False Arrest/Imprisonment
☐ Fraud
☐ Lead Paint - DOB of Youngest Plt: _____
☐ Loss of Consortium
☐ Malicious Prosecution
☐ Malpractice-Medical
☐ Malpractice-Professional
☐ Misrepresentation
☐ Motor Tort
☐ Negligence
☐ Nuisance
☐ Premises Liability
☐ Product Liability
☐ Specific Performance
☐ Toxic Tort
☐ Trespass
☐ Wrongful Death

**CONTRACT**
☐ Asbestos
☐ Breach
☐ Business and Commercial
☐ Confessed Judgment (Cont'd)
☐ Construction
☐ Debt
☐ Fraud

☐ Government
☐ Insurance
☐ Product Liability

**PROPERTY**
☐ Adverse Possession
☐ Breach of Lease
☐ Detinue
☐ Distress/Distrain
☐ Ejectment
☐ Forcible Entry/Detainer
☐ Foreclosure
  ☐ Commercial
  ☐ Residential
  ☐ Currency or Vehicle
  ☐ Deed of Trust
  ☐ Land Installments
  ☐ Lien
  ☐ Mortgage
  ☐ Right of Redemption
  ☐ Statement Condo
☐ Forfeiture of Property / Personal Item
☐ Fraudulent Conveyance
☐ Landlord-Tenant
☐ Lis Pendens
☐ Mechanic's Lien
☐ Ownership
☐ Partition/Sale in Lieu
☐ Quiet Title
☐ Rent Escrow
☐ Return of Seized Property
☐ Right of Redemption
☐ Tenant Holding Over

**PUBLIC LAW**
☐ Attorney Grievance
☐ Bond Forfeiture Remission
☐ Civil Rights
☐ County/Mncpl Code/Ord
☐ Election Law
☐ Eminent Domain/Condemn.
☐ Environment
☐ Error Coram Nobis
☐ Habeas Corpus
☐ Mandamus
☐ Prisoner Rights
☐ Public Info. Act Records
☐ Quarantine/Isolation
☐ Writ of Certiorari

**EMPLOYMENT**
☐ ADA
☐ Conspiracy
☐ EEO/HR
☐ FLSA
☐ FMLA
☐ Workers' Compensation
☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
☐ Assumption of Jurisdiction
☐ Authorized Sale
☐ Attorney Appointment
☐ Body Attachment Issuance
☐ Commission Issuance

☐ Constructive Trust
☐ Contempt
☐ Deposition Notice
☐ Dist Ct Mtn Appeal
☐ Financial
☐ Grand Jury/Petit Jury
☐ Miscellaneous
☐ Perpetuate Testimony/Evidence
☐ Prod. of Documents Req.
☐ Receivership
☐ Sentence Transfer
☐ Set Aside Deed
☐ Special Adm. - Atty
☐ Subpoena Issue/Quash
☐ Trust Established
☐ Trustee Substitution/Removal
☐ Witness Appearance-Compel

**PEACE ORDER**
☐ Peace Order

**EQUITY**
☐ Declaratory Judgment
☐ Equitable Relief
☐ Injunctive Relief
☐ Mandamus

**OTHER**
☐ Accounting
☐ Friendly Suit
☐ Grantor in Possession
☐ Maryland Insurance Administration
☐ Miscellaneous
☐ Specific Transaction
☐ Structured Settlements

## IF NEW OR EXISTING CASE: RELIEF (Check All that Apply)

- ☐ Abatement
- ☐ Administrative Action
- ☐ Appointment of Receiver
- ☐ Arbitration
- ☐ Asset Determination
- ☐ Attachment b/f Judgment
- ☐ Cease & Desist Order
- ☐ Condemn Bldg
- ☐ Contempt
- ☐ Court Costs/Fees
- ☐ Damages-Compensatory
- ☐ Damages-Punitive

- ☐ Earnings Withholding
- ☐ Enrollment
- ☐ Expungement
- ☐ Findings of Fact
- ☐ Foreclosure
- ☐ Injunction
- ☐ Judgment-Affidavit
- ☐ Judgment-Attorney Fees
- ☐ Judgment-Confessed
- ☐ Judgment-Consent
- ☐ Judgment-Declaratory
- ☐ Judgment-Default

- ☐ Judgment-Interest
- ☐ Judgment-Summary
- ☐ Liability
- ☐ Oral Examination
- ☐ Order
- ☐ Ownership of Property
- ☐ Partition of Property
- ☐ Peace Order
- ☐ Possession
- ☐ Production of Records
- ☐ Quarantine/Isolation Order
- ☐ Reinstatement of Employment

- ☐ Return of Property
- ☐ Sale of Property
- ☐ Specific Performance
- ☐ Writ-Error Coram Nobis
- ☐ Writ-Execution
- ☐ Writ-Garnish Property
- ☐ Writ-Garnish Wages
- ☐ Writ-Habeas Corpus
- ☐ Writ-Mandamus
- ☐ Writ-Possession

*If you indicated **Liability** above*, mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐Liability is conceded.  ☐Liability is not conceded, but is not seriously in dispute. ☐Liability is seriously in dispute.

## MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

- ☐ Under $10,000
- ☐ $10,000 - $30,000
- ☐ $30,000 - $100,000
- ☐ Over $100,000

- ☐ Medical Bills $_____
- ☐ Wage Loss $_____
- ☐ Property Damages $_____

## ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)

| | | |
|---|---|---|
| A. Mediation ☐Yes ☐No | C. Settlement Conference ☐Yes ☐No | |
| B. Arbitration ☐Yes ☐No | D. Neutral Evaluation ☐Yes ☐No | |

## SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

## ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.* ***(Case will be tracked accordingly)***

- ☐ 1/2 day of trial or less
- ☐ 1 day of trial time
- ☐ 2 days of trial time
- ☐ 3 days of trial time
- ☐ More than 3 days of trial time

## BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

***For all jurisdictions***, *if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

- ☐ **Expedited-** Trial within 7 months of Defendant's response
- ☐ **Standard -** Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

❑ **Expedited** - Trial within 7 months of Defendant's response        ❑ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ❑ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ❑ | Civil-Short | Trial 210 days from first answer. |
| ❑ | Civil-Standard | Trial 360 days from first answer. |
| ❑ | Custom | Scheduling order entered by individual judge. |
| ❑ | Asbestos | Special scheduling order. |
| ❑ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____ . |
| ❑ | Tax Sale Foreclosures | Special scheduling order. |
| ❑ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ❑ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ❑ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ❑ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ❑ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

_____
Date

_____
Address

_____
City        State    Zip Code

_____
Signature of Counsel / Party

_____
Printed Name

**CERTIFIED MAIL**

7019 0160 0000 3768 9047



# INSURANCE
## ADMINISTRATION

200 St. Paul Place, Suite 2700  Baltimore, MD 21202

www.mdinsurance.state.md.us



U.S. POSTAGE >> PITNEY BOWES

ZIP 21202
02 4W
0000389174 JAN 27 2023
$ 010.44

Process Server
Liberty Mutual Insurance Company
CSC-Lawyers Incorporating Service Company
7 St. Paul Street, Suite 820
Baltimore, MD 21202