# EXHIBIT A

# AFFIDAVIT

State of Indiana

County of Hamilton

NAME OF INSURED:          AUCHENTOROLY ESTATES LLC

POLICY NUMBER:            BMO 59284486

POLICY DATES:             12-21-2018 TO 12-18-2019

David Hager, archivist of

The Ohio Casualty Insurance Company      and has compared the

attached copies of the insurance policy number listed above and its

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is

a true and exact recital of all the provisions in the said original policy and

endorsements attached thereto.


David Alan Hager

David Hager
Policy Copy Archivist


February 3, 2023

**Liberty Mutual.**
INSURANCE



*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**

Endorsement Period:
**From 12/21/2018 to 12/21/2019**

*12:01 am Standard Time*
*at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| AUCHENTOROLY ESTATES LLC<br>3000 FALLS RD APT 117<br>BALTIMORE, MD 21211 | (410) 685-4625<br>MAURY DONNELLY & PARR INC<br>24 COMMERCE ST<br>BALTIMORE, MD 21202-3208 |

## CHANGES TO POLICY - TRANSACTION # 4

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

| | |
|---|---|
| **Return Premium** | $1,196.00 |
| *Total Return Charges* | *$1,196.00* |

### Description of Change(s)

Effective 12/21/18, removing coverage for

Certified Acts of Terrorism per agent request.

See The Revised Declarations and Declarations Schedule

| Issue Date | 01/30/19 | Authorized Representative |
|---|---|---|

***To report a claim, call your Agent or 1-800-362-0000***

**DS 70 27 01 08**

# Liberty Mutual.
## INSURANCE

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**

Endorsement  Period:
**From 12/21/2018 to 12/21/2019**

*12:01 am Standard Time
at Insured Mailing Location*

## Policy  Change  Endorsement

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY  ESTATES LLC | (410) 685-4625 <br> MAURY DONNELLY & PARR INC |

## SUMMARY  OF LOCATIONS

0001 3400 Auchentoroly Ter, Baltimore, MD 21217-2014

## POLICY  FORMS  AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed
information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 68 10 14 | Amendatory Endorsement - Maryland |
| *CL 06 10 01 15 | Certified Act of Terrorism Exclusion |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| *IL 09 53 01 15 | Exclusion Of Certified Acts Of Terrorism Endorsement |
| IM 20 41 07 16 | Amendatory Endorsement - Maryland |
| IM 70 54 05 07 | Builders' Risk Coverage - Rehab And Reno Form |
| IM 70 79 04 04 | Soft Cost,Extra  Expense and Rental Income |
| IM 70 88 04 04 | Windstorm Deductible |

| Issue Date | 01/30/19 | Authorized  Representative |
|---|---|---|

***To report a claim,  call your Agent or 1-800-362-0000***

**DS 70 27 01 08**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Inland Marine
Declarations -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625 |
| | MAURY DONNELLY & PARR INC |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Builders Risk | $10,773.00 |
| Commercial Inland Marine Schedule Totals | $10,773.00 |

*Total Advance Charges:* **$10,773.00**

*Note: This is not a bill*

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 22 01 08**

*Coverage Is Provided In:*
Case 1:23-cv-00499-SAG   Document 11-1   Filed 03/07/23   Page 6 of 76
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Inland Marine Declarations Schedule -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625 |
| | MAURY DONNELLY & PARR INC |

# SCHEDULE OF COVERAGES

## BUILDERS' RISK -- REHABILITATION AND RENOVATION

(The entries required to complete this schedule will
be shown below or on the "schedule of coverages".)

### SCHEDULED JOBSITE

#### DESCRIPTION OF PROJECT

Gut rehab of existing structure to be occupied as

16 apartment units. Roof, plumbing, and

structural supports replaced in 2015.

### SCHEDULED LOCATIONS

| Loc. No. | Location | Limit |
|---|---|---|
| 0001 | 3400 Auchentoroly Ter | $ |
| | Baltimore, MD 21217 | |

| Job No. | Jobsite |
|---|---|
| 001 | 3400 Auchentoroly Ter |
| | Baltimore, MD 21217 |

( ) Attach Additional Scheduled Jobsite Locations (check if applicable)

**Building Materials Limit**-- $ 1,450,000

**Existing Building Limit**-- $ 500,000

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 59 05 07**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**
Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY  ESTATES LLC | (410) 685-4625<br>MAURY  DONNELLY & PARR  INC |

## SCHEDULED  LOCATIONS

### Existing  Building  Coverage  (check  one):

( X) Coverage  Provided
(   ) Coverage  Not Provided

### Existing  Building  Valuation  (check  one):

(   ) Stated  Value
( X) Actual  Cash  Value

## COVERAGE  EXTENSIONS

| | |
|---|---|
| Additional  Debris  Removal  Expenses | $ 100,000 |
| Limited  Fungus  Coverage | $ 15,000 |

## SUPPLEMENTAL  COVERAGES

| | |
|---|---|
| Pollutant  Cleanup  and Removal | $ 100,000 |
| Temporary  Storage  Locations | $ 150,000 |
| Transit | $ 150,000 |

## DEDUCTIBLE

| | |
|---|---|
| Deductible  Amount | $ 2,500 |

## COVERAGE  LIMITATION

( X) **Vacant Building**-- "We"  only  cover  a vacant "existing  building"  for
_60_ consecutive  days  from  the  inception  date  of this  policy  unless
building  permits  have  been  obtained  and  rehabilitation  or renovation
work  has  begun  on the  "existing  building".

(   ) **Vacant Building Limitation Waived**

*To report a claim,  call  your Agent or  1-800-362-0000*

**IM 70 59 05 07**

**Liberty Mutual** INSURANCE

*Coverage Is Provided In:*

The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine**
**Declarations    Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

---

## SUPPLEMENTAL COVERAGES (cont)

### WHEN COVERAGE CEASES

Coverage will end when one of the following first occurs:

1. this policy expires or is canceled;

2. a covered building or structure is accepted by the purchaser;

3. "your" insurable interest in the covered property ceases;

4. "you" abandon construction with no intent to complete it; or

5. a covered building or structure has been completed for more than
   30 days (unless a different number of days is shown below).

   Optional Number Of Days (replaces item 5. above if number is entered)

   A covered building or structure has been completed for more than
   _____ days.

### OPTIONAL COVERAGES AND ENDORSEMENTS

_____

_____

_____

_____

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 59 05 07**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

## SOFT COST SCHEDULE
### SOFT COST, EXTRA EXPENSE, AND RENTAL INCOME

Location

3400 Auchentoroly Ter
Baltimore, MD 21217

| SOFT COST | Limit |
|---|---|
| The most "we" pay for soft cost expenses in any 30 day period is: | $ 125,000 |
| The most "we" pay in any one occurrence for soft cost expenses is: | $ 125,000 |

| EXTRA EXPENSE | |
|---|---|
| The most "we" pay for extra expenses in any 30 day period is: | $ 100,000 |
| The most "we" pay in any one occurrence for extra expenses is: | $ 100,000 |

| RENTAL INCOME | |
|---|---|
| The most "we" pay for loss of rental income in any 30 day periodis: | $ 180,000 |
| The most "we" pay in any one occurrence for loss of rental income is: | $ 180,000 |

### COVERAGE EXTENSIONS

| | |
|---|---|
| Ordinance Or Law | $ Covered |
| Interruption By Civil Authority | $ Covered |
| Limited Fungus Coverage | _____days |

### SUPPLEMENTAL COVERAGES

Earthquake Coverage
   (X) Coverage Not Provided
   ( ) Coverage Provided, as described below:

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 80 04 04**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Inland Marine**
**Declarations Schedule -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625 |
| | MAURY DONNELLY & PARR INC |

## SUPPLEMENTAL COVERAGES (cont)

Earthquake Limit -- The most "we" pay
for loss to any one building or
structure is:                                              $ _____

Earthquake Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:    $ _____

Flood Coverage

   (X) Coverage Not Provided

   ( ) Coverage Provided, as described below:

Flood Limit -- The most "we" pay
for loss to any one building or
structure is:                                              $ _____

Flood Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:    $ _____

Sewer Backup Coverage

   (X) Coverage Not Provided

   ( ) Coverage Provided, as described below:

Sewer Backup Limit -- The most "we" pay in
any one occurrence for loss caused
by sewer backup is:                                    $ _____

( ) Sewer Backup Coverage                        $ _____

## WAITING PERIOD

( ) Not Applicable

(X) Number of Days _____**3**_____

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 80 04 04**

AAIS
CL 0610 01 15
Page 1 of 1

This endorsement changes
the policy
-- PLEASE READ THIS CAREFULLY --

# CERTIFIED ACT OF TERRORISM  EXCLUSION

1. The following  definition  is added.

   "Certified  act of terrorism"  means an act that is certified by the Secretary of the Treasury, in consultation  with the Secretary of Homeland Security, and the Attorney General of the United States:

   a. to be an act of terrorism;

   b. to be a violent  act or an act that is dangerous to human life, property,  or infrastructure;

   c. to have resulted  in damage:

      1) within  the United States; or

      2) to an air carrier (as defined  in section 40102 of title  49, United  States Code); to a United  States flag vessel (or a vessel based principally  in the United  States, on which United States income  tax is paid and whose insurance  coverage is subject to regulation in the United States), regardless  of where the loss occurs; or at the premises  of any United  States mission;

   d. to have been committed  by an individual or individuals,  as part of an effort  to coerce the civilian  population  of the United States or to influence  the policy  or affect the conduct  of the United States Government by coercion;  and

   e. to have resulted  in insured  losses in excess of five million  dollars in the aggregate, attributable  to all types of insurance subject to the Terrorism  Risk Insurance Act, as amended.

2. The following  exclusion  is added.

   **CERTIFIED ACT OF TERRORISM  EXCLUSION**

   "We"  will not pay for loss or damage caused directly  or indirectly  by a "certified  act of terrorism".  Such loss or damage is excluded regardless  of any other cause or event that contributes concurrently  or in any sequence to the loss.

3. The following  provisions  are added.

   a. Neither  the "terms"  of this endorsement nor the "terms"  of any other terrorism endorsement  attached  to this Coverage Part provide  coverage for any loss that would  otherwise  be excluded by this Coverage Part under:

      1) exclusions  that address war, military action, or nuclear hazard; or

      2) any other exclusion;  and

   b. the absence  of any other terrorism endorsement  does not imply  coverage for any loss that would  otherwise  be excluded by this Coverage Part under:

      1) exclusions  that address war, military action, or nuclear hazard; or

      2) any other exclusion.

---

CL 0610 01 15

Copyright, American Association of Insurance Services, Inc., 2015

POLICY NUMBER:                                                                              **IL 09 53 01 15**

**THIS ENDORSEMENT  CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION  OF CERTIFIED ACTS OF TERRORISM

This endorsement  modifies  insurance  provided  under the following:

> BOILER AND MACHINERY  COVERAGE PART
> COMMERCIAL  INLAND MARINE  COVERAGE PART
> COMMERCIAL  PROPERTY COVERAGE PART
> CRIME AND FIDELITY COVERAGE PART
> EQUIPMENT  BREAKDOWN  COVERAGE PART
> FARM COVERAGE PART
> STANDARD  PROPERTY POLICY

## SCHEDULE

The **Exception  Covering Certain Fire Losses** (Paragraph  **C**) applies  to property  located  in the following
state(s), if covered under the indicated  Coverage Form, Coverage  Part or Policy:

| State(s) | Coverage Form, Coverage  Part Or Policy |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

Information   required  to complete  this Schedule,  if not shown  above,  will be shown  in the Declarations.

**A.** The following  definition  is added with respect
to the provisions  of this endorsement:

"Certified  act of terrorism"  means an act that
is certified  by the Secretary  of the Treasury,
in accordance  with the provisions  of the fed-
eral Terrorism  Risk Insurance  Act, to be an act
of terrorism  pursuant  to such Act. The criteria
contained  in the Terrorism  Risk Insurance  Act
for a "certified  act of terrorism"  include the
following:

**1.** The act resulted  in insured  losses in ex-
cess of $5 million  in the aggregate,  attrib-
utable  to all types of insurance  subject to
the Terrorism  Risk Insurance  Act; and

**2.** The act is a violent  act or an act that is
dangerous  to human life, property  or in-
frastructure  and is committed  by an in-
dividual  or individuals  as part of an effort
to coerce the civilian  population  of the
United  States or to influence  the policy or
affect  the conduct  of the United  States
Government  by coercion.

**B.** The following  exclusion  is added:

**CERTIFIED  ACT OF TERRORISM  EXCLUSION**

We will  not pay for loss or damage caused
directly  or indirectly  by a "certified  act of ter-
rorism".  Such loss or damage is excluded  re-
gardless  of any other  cause or event that con-
tributes  concurrently   or in any sequence to
the loss.

**C. Exception  Covering Certain Fire Losses**

The following  exception  to the exclusion  in
Paragraph  **B.** applies  only if indicated  and as
indicated  in the Schedule  of this endorse-
ment.

If a "certified  act of terrorism"  results  in fire,
we will  pay for the loss or damage caused by
that fire. Such coverage  for fire applies  only
to direct  loss or damage by fire to Covered
Property.  Therefore,  for example,  the cover-
age does not apply to insurance  provided  un-
der Business  Income and/or  Extra Expense
coverage  forms or endorsements   which apply
to those forms,  or to the Legal Liability Cov-
erage Form or the Leasehold  Interest Cover-
age Form.

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D.   Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

This page intentionally left blank.

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**

Endorsement Period:
**From 12/21/2018 to 12/21/2019**

*12:01 am Standard Time
at Insured Mailing Location*

**Policy Change Endorsement**

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| AUCHENTOROLY ESTATES LLC<br>3000 FALLS RD APT 117<br>BALTIMORE, MD 21211 | (410) 685-4625<br>MAURY DONNELLY & PARR INC<br>24 COMMERCE ST<br>BALTIMORE, MD 21202-3208 |

## CHANGES TO POLICY - TRANSACTION # 3

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

| | |
|---|---|
| **Return Premium** | **$26.00** |
| *Total Return Charges* | *$26.00* |
| *Certified Acts of Terrorism Return Charges* | *$2.00* (Included) |

*Note: This is not a bill*

## Description of Change(s)

Adjusted discretionary credit eff. 12/21/18.

See The Revised Declarations and Declarations Schedule

| Issue Date | 01/08/19 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 27 01 08**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**

Endorsement  Period:
**From 12/21/2018 to 12/21/2019**
*12:01 am Standard Time
at Insured Mailing Location*

## Policy  Change  Endorsement

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY  ESTATES LLC | (410) 685-4625 MAURY DONNELLY & PARR INC |

## SUMMARY  OF LOCATIONS

0001 3400 Auchentoroly Ter, Baltimore, MD 21217-2014

## POLICY  FORMS  AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 68 10 14 | Amendatory Endorsement - Maryland |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| IM 20 41 07 16 | Amendatory Endorsement - Maryland |
| IM 70 54 05 07 | Builders' Risk Coverage - Rehab And Reno Form |
| IM 70 79 04 04 | Soft Cost,Extra Expense and Rental Income |
| IM 70 88 04 04 | Windstorm Deductible |

| Issue Date | 01/08/19 | Authorized  Representative |
|---|---|---|

***To report a claim,  call your Agent or 1-800-362-0000***

DS 70 27 01 08

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine**
**Declarations   -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Builders Risk | $10,773.00 |
| Commercial Inland Marine Schedule Totals | $10,773.00 |
| Certified Acts of Terrorism  Coverage | $1,196.00 |

*Total Advance Charges:*   **$11,969.00**

*Note: This is not a bill*

*To report a claim,  call your Agent or  1-800-362-0000*

**DS 70 22 01 08**

**Liberty
Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   Inland  Marine
Declarations    Schedule  -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

# SCHEDULE OF COVERAGES

## BUILDERS' RISK -- REHABILITATION  AND RENOVATION

(The entries required to complete this schedule will
be shown below or on the "schedule of coverages".)

### SCHEDULED JOBSITE

#### DESCRIPTION OF PROJECT

 Gut rehab of existing structure to be occupied as

 16 apartment units. Roof, plumbing, and

 structural supports replaced in 2015.

### SCHEDULED  LOCATIONS

| Loc.<br>No. | Location | Limit |
|---|---|---|
| 0001 | 3400 Auchentoroly Ter<br>Baltimore, MD  21217 | $ |

| Job No. | Jobsite |
|---|---|
| 001 | 3400 Auchentoroly Ter<br><br>Baltimore, MD  21217 |

(   ) Attach Additional Scheduled Jobsite Locations (check if applicable)

**Building Materials Limit** --          $    1,450,000

**Existing  Building  Limit** --          $       500,000

*To report a claim,  call  your Agent or  1-800-362-0000*

**IM 70 59 05 07**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine**
**Declarations    Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY  ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

## SCHEDULED  LOCATIONS

### Existing  Building  Coverage  (check  one):

( X) Coverage  Provided
(   ) Coverage  Not Provided

### Existing  Building  Valuation  (check  one):

(   ) Stated  Value
( X) Actual  Cash  Value

## COVERAGE  EXTENSIONS

| | |
|---|---|
| Additional Debris Removal Expenses | $ _____ **100,000** |
| Limited Fungus Coverage | $ _____ **15,000** |

## SUPPLEMENTAL  COVERAGES

| | |
|---|---|
| Pollutant  Cleanup  and Removal | $ _____ **100,000** |
| Temporary  Storage  Locations | $ _____ **150,000** |
| Transit | $ _____ **150,000** |

## DEDUCTIBLE

| | |
|---|---|
| Deductible  Amount | $ _____ **2,500** |

## COVERAGE  LIMITATION

( X) **Vacant Building**-- "We"  only  cover  a vacant "existing  building"  for __60__ consecutive  days  from  the inception  date  of this policy  unless building  permits  have  been  obtained  and rehabilitation  or renovation work  has begun  on the "existing  building".

(   ) **Vacant Building Limitation Waived**

*To report a claim,  call  your Agent or  1-800-362-0000*

**IM 70 59 05 07**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO   (19)   59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine**
**Declarations   Schedule  -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

---

### SUPPLEMENTAL  COVERAGES (cont)

### WHEN  COVERAGE  CEASES

Coverage  will end when one of the following first occurs:

1. this policy expires or is canceled;

2. a covered building or structure is accepted by the purchaser;

3. "your"  insurable interest in the covered property ceases;

4. "you"  abandon construction with no intent to complete it; or

5. a covered building or structure has been completed for more than
   30 days (unless a different number of days is shown below).

   Optional Number Of Days (replaces item 5. above if number is entered)

   A covered building or structure has been completed for more than
   _____ days.

### OPTIONAL  COVERAGES AND ENDORSEMENTS

_____

_____

_____

_____

---

*To report a claim,  call  your Agent or  1-800-362-0000*

**IM 70 59 05 07**

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:

The Ohio Casualty Insurance Company
_____

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine**
**Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

## SOFT COST SCHEDULE
## SOFT COST, EXTRA EXPENSE, AND RENTAL INCOME

Location

3400 Auchentoroly Ter
Baltimore, MD 21217

| SOFT COST | Limit |
|---|---|
| The most "we" pay for soft cost expenses in any 30 day period is: | $ 125,000 |
| The most "we" pay in any one occurrence for soft cost expenses is: | $ 125,000 |

| EXTRA EXPENSE | |
|---|---|
| The most "we" pay for extra expenses in any 30 day period is: | $ 100,000 |
| The most "we" pay in any one occurrence for extra expenses is: | $ 100,000 |

| RENTAL INCOME | |
|---|---|
| The most "we" pay for loss of rental income in any 30 day periodis: | $ 180,000 |
| The most "we" pay in any one occurrence for loss of rental income is: | $ 180,000 |

### COVERAGE EXTENSIONS

| Ordinance Or Law | $ Covered |
|---|---|
| Interruption By Civil Authority | $ Covered |
| Limited Fungus Coverage | 30 days |

### SUPPLEMENTAL COVERAGES

Earthquake Coverage
   (X) Coverage Not Provided
   ( ) Coverage Provided, as described below:

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 80 04 04**

**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine
Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

## SUPPLEMENTAL COVERAGES (cont)

Earthquake Limit -- The most "we" pay
for loss to any one building or
structure is:                                                    $ _____

Earthquake Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:          $ _____

Flood Coverage

   (X) Coverage Not Provided

   ( ) Coverage Provided, as described below:

Flood Limit -- The most "we" pay
for loss to any one building or
structure is:                                                    $ _____

Flood Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:          $ _____

Sewer Backup Coverage

   (X) Coverage Not Provided

   ( ) Coverage Provided, as described below:

Sewer Backup Limit -- The most "we" pay in
any one occurrence for loss caused
by sewer backup is:                                          $ _____

( ) Sewer Backup Coverage                               $ _____

## WAITING PERIOD

( ) Not Applicable

(X) Number of Days _____**3**_____

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 80 04 04**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**

Endorsement Period:
**From 12/21/2018 to 12/21/2019**

*12:01 am Standard Time
at Insured Mailing Location*

## Policy Change Endorsement

### Named Insured & Mailing Address

AUCHENTOROLY ESTATES LLC
3000 FALLS RD APT 117
BALTIMORE, MD 21211

### Agent Mailing Address & Phone No.

(410) 685-4625
MAURY DONNELLY & PARR INC
24 COMMERCE ST
BALTIMORE, MD 21202-3208

## CHANGES TO POLICY - TRANSACTION # 2

### This Policy Change Endorsement Results In A Change In The Charges As Follows:

| | |
|---|---|
| **Return Premium** | $1,389.00 |
| *Total Return Charges* | $1,389.00 |
| *Certified Acts of Terrorism Return Charges* | $139.00 (Included) |

*Note: This is not a bill*

## Description of Change(s)

Limits/Exposures

Amended Hard and Soft Cost values eff. 12/21/18

per agent request.

See The Revised Declarations and Declarations Schedule

| | | |
|---|---|---|
| Issue Date | 01/08/19 | Authorized Representative |

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 27 01 08**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**

Endorsement Period:
**From 12/21/2018 to 12/21/2019**

*12:01 am Standard Time
at Insured Mailing Location*

## Policy Change Endorsement

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625 |
| | MAURY DONNELLY & PARR INC |

## SUMMARY OF LOCATIONS

0001 3400 Auchentoroly Ter, Baltimore, MD 21217-2014

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 68 10 14 | Amendatory Endorsement - Maryland |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| IM 20 41 07 16 | Amendatory Endorsement - Maryland |
| IM 70 54 05 07 | Builders' Risk Coverage - Rehab And Reno Form |
| IM 70 79 04 04 | Soft Cost,Extra Expense and Rental Income |
| IM 70 88 04 04 | Windstorm Deductible |

| Issue Date | 01/08/19 | Authorized Representative |
|---|---|---|

*To report a claim, call your Agent or 1-800-362-0000*

DS 70 27 01 08

**Liberty Mutual.**
**INSURANCE**

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland  Marine**
**Declarations   -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY  ESTATES LLC | (410) 685-4625 |
| | MAURY DONNELLY & PARR INC |

## SUMMARY OF CHARGES



**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Builders Risk | $10,797.00 |
| | |
| Commercial Inland Marine Schedule Totals | $10,797.00 |
| Certified Acts of Terrorism  Coverage | $1,198.00 |

*Total Advance Charges:*  **$11,995.00**
*Note: This is not a bill*

*To report a claim,  call  your Agent or  1-800-362-0000*

**DS 70 22 01 08**

**Liberty Mutual.** INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

*Policy Number:*
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time
at Insured Mailing Location*

**Commercial   Inland   Marine
Declarations   Schedule  -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625 |
| | MAURY DONNELLY & PARR INC |

# SCHEDULE OF COVERAGES

## BUILDERS' RISK -- REHABILITATION  AND RENOVATION

(The entries required to complete this schedule will
be shown below or on the "schedule of coverages".)

### SCHEDULED JOBSITE

### DESCRIPTION OF PROJECT

Gut rehab of existing structure to be occupied as

16 apartment units. Roof, plumbing, and

structural supports replaced in 2015.

### SCHEDULED  LOCATIONS

| Loc. No. | Location | Limit |
|---|---|---|
| 0001 | 3400 Auchentoroly Ter | $ |
| | Baltimore, MD  21217 | |

| Job No. | Jobsite |
|---|---|
| 001 | 3400 Auchentoroly Ter |
| | Baltimore, MD  21217 |

(  ) Attach Additional Scheduled Jobsite Locations (check if applicable)

**Building Materials Limit**--   $    1,450,000

**Existing Building Limit**--   $       500,000

*To report a claim,  call  your Agent or  1-800-362-0000*

**IM 70 59 05 07**



**Liberty Mutual.**
INSURANCE

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine
Declarations   Schedule   -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625
MAURY DONNELLY & PARR INC |

## SCHEDULED LOCATIONS

### Existing  Building  Coverage  (check  one):

( X) Coverage  Provided
(   ) Coverage  Not Provided

### Existing  Building  Valuation  (check  one):

(   ) Stated  Value
( X) Actual Cash Value

## COVERAGE  EXTENSIONS

| | |
|---|---|
| Additional Debris Removal Expenses | $ _____ 100,000 |
| Limited Fungus Coverage | $ _____ 15,000 |

## SUPPLEMENTAL  COVERAGES

| | |
|---|---|
| Pollutant Cleanup and Removal | $ _____ 100,000 |
| Temporary Storage Locations | $ _____ 150,000 |
| Transit | $ _____ 150,000 |

## DEDUCTIBLE

| | |
|---|---|
| Deductible Amount | $ _____ 2,500 |

## COVERAGE LIMITATION

( X) **Vacant Building**-- "We"  only  cover  a  vacant  "existing  building"  for
_60_ consecutive  days  from  the  inception  date  of  this  policy  unless
building  permits  have  been  obtained  and  rehabilitation  or  renovation
work  has  begun  on  the  "existing  building".

(   ) **Vacant Building Limitation Waived**

*To report a claim,  call  your Agent or  1-800-362-0000*

**IM 70 59 05 07**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland  Marine
Declarations   Schedule  -Revised**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY  ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

## SUPPLEMENTAL  COVERAGES (cont)

### WHEN  COVERAGE  CEASES

Coverage  will end when one of the following first occurs:

1. this policy expires or is canceled;

2. a covered building or structure is accepted by the purchaser;

3. "your"  insurable interest in the covered property ceases;

4. "you"  abandon construction with no intent to complete it; or

5. a covered building or structure has been completed for more than
   30 days (unless a different number of days is shown below).

   Optional Number Of Days (replaces item 5. above if number is entered)

   A covered building or structure has been completed for more than
   _____ days.

### OPTIONAL  COVERAGES AND ENDORSEMENTS

_____

_____

_____

_____

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:

The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine
Declarations   Schedule   -Revised**

**Named Insured**

Agent

AUCHENTOROLY  ESTATES  LLC

(410) 685-4625
MAURY  DONNELLY  &  PARR  INC

## SOFT COST SCHEDULE
### SOFT COST, EXTRA EXPENSE, AND RENTAL INCOME

Location

3400 Auchentoroly Ter
Baltimore, MD  21217

### SOFT COST                                    Limit

The most "we" pay for soft cost
expenses in any 30 day period is:          $        125,000

The most "we" pay in any one occurrence
for soft cost expenses is:                 $        125,000

### EXTRA EXPENSE

The most "we" pay for extra
expenses in any 30 day period is:          $        100,000

The most "we" pay in any one occurrence
for extra expenses is:                     $        100,000

### RENTAL INCOME

The most "we" pay for loss of rental
income in any 30 day periodis:             $        180,000

The most "we" pay in any one occurrence
for loss of rental income is:              $        180,000

### COVERAGE EXTENSIONS

Ordinance Or Law                           $         Covered

Interruption By Civil Authority            $         Covered

Limited Fungus Coverage                         30    days

### SUPPLEMENTAL  COVERAGES

Earthquake Coverage
  (X) Coverage Not Provided
  ( ) Coverage Provided, as described below:

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 80 04 04**

**Liberty Mutual.**
INSURANCE

Coverage Is Provided In:
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine
Declarations   Schedule   -Revised**

Named Insured

AUCHENTOROLY ESTATES LLC

Agent

(410) 685-4625
MAURY DONNELLY & PARR INC

## SUPPLEMENTAL COVERAGES (cont)

Earthquake Limit -- The most "we" pay
for loss to any one building or
structure is:                                                        $ _____

Earthquake Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:        $ _____

Flood Coverage

  (X) Coverage Not Provided

  ( ) Coverage Provided, as described below:

Flood Limit -- The most "we" pay
for loss to any one building or
structure is:                                                        $ _____

Flood Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:        $ _____

Sewer Backup Coverage

  (X) Coverage Not Provided

  ( ) Coverage Provided, as described below:

Sewer Backup Limit -- The most "we" pay in
any one occurrence for loss caused
by sewer backup is:                                              $ _____

( ) Sewer Backup Coverage                              $ _____

## WAITING PERIOD

( ) Not Applicable

(X) Number of Days _____**3**_____

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 80 04 04**

**Liberty Mutual.**
**INSURANCE**

## Policyholder   Information

| Named Insured & Mailing Address | Agent Mailing Address & Phone No. |
|---|---|
| AUCHENTOROLY ESTATES LLC<br>3000 FALLS RD APT 117<br>BALTIMORE, MD 21211 | (410) 685-4625<br>MAURY DONNELLY & PARR INC<br>24 COMMERCE ST<br>BALTIMORE, MD 21202-3208 |





Your Commercial Documents

THIS IS NOT A BILL

### *Dear Policyholder:*

We know you work hard to build your business. We work together with your agent, **MAURY DONNELLY & PARR INC       (410) 685-4625** to help protect the things you care about. Thank you for selecting us.

Enclosed are your insurance documents consisting of:

- Commercial Inland Marine

To find your specific coverages, limits of liability, and premium, please refer to your Declarations page(s).

If you have any questions or changes that may affect your insurance needs, please contact your Agent at (410) 685-4625



**Reminders**

- Verify that all information is correct
- If you have any changes, please contact your Agent at (410) 685-4625
- In case of a claim, call your Agent or  1-800-362-0000

## You Need To Know

- **CONTINUED ON NEXT PAGE**

*To report a claim,  call  your Agent or  1-800-362-0000*

DS 70 20 01 08

**You Need To Know - continued**

- **NOTICE(S) TO POLICYHOLDER(S)**
  The Important Notice(s) to Policyholder(s) provide a general explanation of changes in coverage to your policy. The Important Notice(s) to Policyholder(s) is not a part of your insurance policy and it does not alter policy provisions or conditions. Only the provisions of your policy determine the scope of your insurance protection. It is important that you read your policy carefully to determine your rights, duties and what is and is not covered.

| FORM NUMBER | TITLE |
| --- | --- |
| CNI90 11 07 18 | Reporting A Commercial Claim 24 Hours A Day |
| NP 72 42 01 15 | Terrorism Insurance Premium Disclosure And Opportunity To Reject |
| NP 74 44 09 06 | U.S. Treasury Department's Office of Foreign Assets Control (OFAC) Advisory Notice to Policyholders |
| NP 74 62 01 07 | Maryland Notice of Underwriting Period |
| NP 89 69 11 10 | Important Policyholder Information Concerning Billing Practices |

- This policy will be direct billed. You may choose to combine any number of policies on one bill with your billing account. Please contact your agent for more information.

CNI 90 11 07 18

# REPORTING  A COMMERCIAL  CLAIM  24 HOURS  A DAY

**Liberty Mutual Insurance claims professionals across the United States are ready to resolve your claim quickly and fairly, so you and your team can focus on your business. Our claims teams are specialized, experienced and dedicated to a high standard of service.**

**We're Just a Call Away - One Phone Number to Report All Commercial Insurance Claims**

Reporting a new claim has never been easier. A Liberty Mutual customer service representative is available to you 24/7 at **800-362-0000** for reporting new property, auto, liability and workers' compensation claims. With contact centers strategically located throughout the country for continuity and accessibility,  we're there when we're needed!

**Additional Resource for Workers' Compensation Customers**

In many states, employers are required by law to use state-specific workers compensation claims forms and posting notices. This type of information  can be found in the Policyholders Toolkit section of our website along with other helpful resources such as:



- Direct links to state workers compensation websites where you can find state-specific claim forms

- Assistance finding local medical providers

- First Fill pharmacy forms - part of our managed care pharmacy program committed to helping injured workers recover and return to work

Our Policyholder Toolkit can be accessed at **www.libertymutualgroup.com/toolkit.**

For all claims inquiries please call us at **800-362-0000.**

© 2018 Liberty Mutual Insurance

12/27/18

AUCHENTOROLY ESTATES LLC

3000 FALLS RD APT 117
BALTIMORE, MD 21211

(410) 685-4625
MAURY DONNELLY & PARR INC

24 COMMERCE ST
BALTIMORE, MD 21202-3208

BMO  (19)   59 28 44 86
From 12/21/2018 To 12/21/2019

## TERRORISM INSURANCE PREMIUM DISCLOSURE
## AND OPPORTUNITY TO REJECT

**This notice contains important information about the Terrorism Risk Insurance Act and its effect on your policy. Please read it carefully.**

### THE TERRORISM RISK INSURANCE ACT

The Terrorism Risk Insurance Act, including all amendments ("TRIA" or the "Act"), establishes a program to spread the risk of catastrophic losses from certain acts of terrorism between insurers and the federal government. If an individual insurer's losses from certified acts of terrorism exceed a specified deductible amount, the government will reimburse the insurer for a percentage of losses (the "Federal Share") paid in excess of the deductible, but only if aggregate industry losses from such acts exceed the "Program Trigger". An insurer that has met its insurer deductible is not liable for any portion of losses in excess of $100 billion per year. Similarly, the federal government is not liable for any losses covered by the Act that exceed this amount. If aggregate insured losses exceed $100 billion, losses up to that amount may be pro-rated, as determined by the Secretary of the Treasury.

The Federal Share and Program Trigger by calendar year are:

| Calendar Year | Federal Share | Program Trigger |
| --- | --- | --- |
| 2015 | 85% | $100,000,000 |
| 2016 | 84% | $120,000,000 |
| 2017 | 83% | $140,000,000 |
| 2018 | 82% | $160,000,000 |
| 2019 | 81% | $180,000,000 |
| 2020 | 80% | $200,000,000 |

### MANDATORY OFFER OF COVERAGE FOR "CERTIFIED ACTS OF TERRORISM" AND DISCLOSURE OF PREMIUM

TRIA requires insurers to make coverage available for any loss that occurs within the United States (or outside of the U.S. in the case of U.S. missions and certain air carriers and vessels), results from a "certified act of terrorism" AND that is otherwise covered under your policy.

A "certified act of terrorism" means:

〔A〕ny act that is certified by the Secretary 〔of the Treasury〕, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States.

**(i)** to be an act of terrorism;

(ii) to be a violent act or an act that is dangerous to -
- **(I)** human life;
- **(II)** property; or
- **(III)** infrastructure;

(iii) to have resulted in damage within the United States, or outside of the United States in the case of -
- **(I)** an air carrier (as defined in section 40102 of title 49, United States Code) or United States flag vessel (or a vessel based principally in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States); or
- **(II)** the premises of a United States mission; and

(iv) to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

## REJECTING TERRORISM INSURANCE COVERAGE - WHAT YOU MUST DO

We have included in your policy coverage for losses resulting from "certified acts of terrorism" as defined above.

THE PREMIUM CHARGE FOR THIS COVERAGE APPEARS ON THE DECLARATIONS PAGE OF THE POLICY AND DOES NOT INCLUDE ANY CHARGES FOR THE PORTION OF LOSS COVERED BY THE FEDERAL GOVERNMENT UNDER THE ACT. If we are providing you with a quote, the premium charge will also appear on your quote as a separate line item charge.

IF YOU CHOOSE TO REJECT THIS COVERAGE, PLEASE CHECK THE BOX BELOW, SIGN THE ACKNOWLEDGMENT, AND RETURN THIS FORM TO THE ADDRESS BELOW: **Please ensure any rejection is received within thirty (30) days of the effective date of your policy**.

Before making a decision to reject terrorism insurance, refer to the Disclaimer for Standard Fire Policy States located at the end of this Notice.

☐   I hereby reject this offer of coverage. I understand that by rejecting this offer, I will have no coverage for losses arising from "certified acts of terrorism" and my policy will be endorsed accordingly.

| Policyholder/Applicant's   Signature | Print Name | Date Signed |
|---|---|---|
| | | |

| Named Insured | Policy Number |
|---|---|
| AUCHENTOROLY ESTATES LLC | BMO  (19)   59 28 44 86 |

Policy Effective/Expiration   Date

From 12/21/2018 To 12/21/2019

## IF YOU REJECTED THIS COVERAGE, PLEASE RETURN THIS FORM TO:

Attn: Commercial Lines Division - Terrorism
PO Box 66400
London, KY 40742-6400

**Note:** Certain states (currently CA, GA, IA, IL, ME, MO, NY, NC, NJ, OR, RI, WA, WI and WV) mandate coverage for loss caused by fire following a "certified act of terrorism" in certain types of insurance policies. If you reject TRIA coverage in these states on those policies, you will not be charged any additional premium for that state mandated coverage.

**The summary of the Act and the coverage under your policy contained in this notice is necessarily general in nature. Your policy contains specific terms, definitions, exclusions and conditions. In case of any conflict, your policy language will control the resolution of all coverage questions. Please read your policy carefully.**

If you have any questions regarding this notice, please contact your agent.

NP 74 44 09 06

# U.S. TREASURY DEPARTMENT'S  OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY  NOTICE  TO POLICYHOLDERS

No coverage is provided  by this Policyholder  Notice nor can it be construed  to replace any provisions  of your policy.  You should read your policy and review  your Declarations  page for complete  information  on the coverages  you are provided.

This Notice provides  information  concerning  possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

Please refer any questions  you may have to your insurance  agent.

The Office of Foreign Assets Control (OFAC) administers  and enforces sanctions policy, based on Presidential declarations  of "national   emergency".   OFAC has identified  and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist  organizations;   and
- Narcotics  traffickers;

as "Specially  Designated  Nationals  and Blocked Persons".  This list can be located on the United  States Treasury's  web site - http//www.treas.gov/ofac.

In accordance  with  OFAC regulations,  if it is determined  that you or any other insured,  or any person  or entity  claiming  the benefits of this insurance  has violated  U.S. sanctions law or is a Specially  Designated National  and Blocked Person, as identified  by OFAC, this insurance  will be considered  a blocked or frozen contract  and all provisions  of this insurance  are immediately   subject to OFAC. When an insurance  policy is considered  to be such a blocked or frozen contract,  no payments  nor premium  refunds may be made without  authorization  from OFAC. Other limitations   on the premiums  and payments  also apply.

© 2011 Liberty Mutual Insurance. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

NP 74 62 01 07

## Important Notice
## Notice To Policyholders

This explanation is not a part of your insurance policy, and it does not alter any of its provisions or conditions. No coverage is provided by this notice nor can it be construed to replace any provision in your policy or policies with us, or any forms attached to your policy or policies.

Read your policy carefully to determine rights, duties, and what is and is not covered. Only the provisions of your policy determine the scope of your insurance protection.

Please refer any questions you may have to your insurance agent.

## Maryland
## Notice of Underwriting Period

We are notifying you that the binder or policy you have just agreed to purchase is subject to a 45 day underwriting period beginning on the effective day of your coverage. Your coverage may be cancelled during the underwriting period if your risk does not meet our underwriting standards. If we decide to cancel the binder or policy, we will send you a written Notice of Cancellation advising you the reason(s) for the cancellation and the date on which your policy will be cancelled.



# IMPORTANT  POLICYHOLDER INFORMATION
## CONCERNING  BILLING PRACTICES

**Dear Valued Policyholder:** This insert provides you with important information  about our policy billing practices that may affect you. Please review it carefully  and contact your agent if you have any questions.

**Premium Notice:** We will mail you a policy Premium Notice separately. The Premium Notice will provide you with specifics regarding your agent, the account and policy billed, the billing company, payment plan, policy number, transaction dates, description of transactions, charges/credits, policy amount balance, minimum amount, and payment due date. This insert explains fees that may apply to and be shown on your Premium Notice.

**Available Premium Payment Plans:**

- **Annual Payment Plan:** When this plan applies, you have elected to pay the entire premium  amount balance shown on your Premium Notice in full. No installment billing fee applies when the Annual Payment Plan applies.

- **Installment Payment Plan:** When this plan applies, you have elected to pay your policy premium in installments (e.g.: quarterly or monthly installments - Installment Payment Plans vary by state). As noted below, an installment fee may apply when the Installment Payment Plan applies.

The Premium Payment Plan that applies to your policy is shown on the top of your Premium Notice. Please contact your agent if you want to change your Payment Plan election.

**Installment Payment Plan Fee:** If you elected to pay your premiums in installments  using the Installment Premium Payment Plan, an installment billing fee applies to each installment bill. The installment billing charge will not apply, however, if you pay the entire balance due when you receive the bill for the first installment. Because the amount of the installment charge varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Dishonored Payment Fee:** Your financial institution may refuse to honor the premium payment withdrawal request you submit to us due to insufficient funds in your account or for some other reason. If that is the case, and your premium payment withdrawal request is returned to us dishonored, a payment return fee will apply. Because the amount of the return fee varies from state to state, please consult your Premium Notice for the actual fee that applies.

**Late Payment Fee:** If we do not receive the minimum amount due on or before the date or time the payment is due, as indicated on your Premium Notice, you will receive a policy cancellation notice effective at a future date that will also reflect a late payment fee charge. Issuance of the cancellation notice due to non-payment of a scheduled installment(s) may result in the billing and collection of all or part of any outstanding premiums due for the policy period. Late Payment Fees vary from state to state and are not applicable in some states.

**Special Note:** Please note that some states do not permit the charging of certain fees. Therefore, if your state does not allow the charging of an Installment Payment Plan, Dishonored Payment or Late Payment Fee, the disallowed fee will not be charged and will not be included on your Premium Notice.

**EFT-Automatic Withdrawals Payment Option:** When you select this option, you will not be sent Premium Notices and, in most cases, will not be charged installment fees. For more information on our EFT-Automatic Withdrawals payment option, refer to the attached policyholder plan notice and enrollment sheet.

Once again, please contact your agent if you have any questions about the above billing practice information.

**Thank you for selecting us to service your insurance needs.**

 © 2010 Liberty Mutual Insurance Company. All rights reserved.

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

## Common Policy Declarations

**Named Insured & Mailing Address**

AUCHENTOROLY ESTATES LLC
3000 FALLS RD APT 117
BALTIMORE, MD 21211

**Agent Mailing Address & Phone No.**

(410) 685-4625
MAURY DONNELLY & PARR INC
24 COMMERCE ST
BALTIMORE, MD 21202-3208

**Named Insured Is:** LIMITED LIABILITY COMPANY

**Named Insured Business Is:** APARTMENT BUILDING

*In return for the payment of the premium, and subject to all the terms of this policy, we agree with you to provide the insurance as stated in this policy.*

## SUMMARY OF COVERAGE PARTS AND CHARGES

This policy consists of this Common Policy Declarations page, Common Policy Conditions, Coverage Parts (which consist of coverage forms and other applicable forms and endorsements, if any, issued to form a part of them) and any other forms and endorsements issued to be part of this policy.

| COVERAGE PART | CHARGES |
|---|---|
| **Commercial Inland Marine** | $13,384.00 |

*Total Charges for all of the above coverage parts:* $13,384.00
*Certified Acts of Terrorism Coverage: $1,337.00* (Included)

*Note: This is not a bill*

## IMPORTANT MESSAGES

**IN THE EVENT OF CANCELLATION BY THE NAMED INSURED, THE COMPANY SHALL RETAIN NO LESS THAN $450.00 OF THE POLICY PREMIUM AS THE MINIMUM EARNED PREMIUM INCLUDING CERTIFIED ACTS OF TERRORISM COVERAGE, PLUS ANY APPLICABLE TAXES AND SURCHARGES.**

Issue Date     12/27/18

Authorized Representative

*To report a claim, call your Agent or 1-800-366-6446*

DS 70 21 11 16



INSURANCE

Coverage Is Provided In:
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time
at Insured Mailing Location*

## Common Policy Declarations

**Named Insured**

AUCHENTOROLY ESTATES LLC
3000 FALLS RD APT 117
BALTIMORE, MD 21211

**Agent**

(410) 685-4625
MAURY DONNELLY & PARR INC
24 COMMERCE ST
BALTIMORE, MD 21202-3208

## SUMMARY OF LOCATIONS

0001 3400 Auchentoroly Ter, Baltimore, MD 21217-2014

## POLICY FORMS AND ENDORSEMENTS

This section lists the Forms and Endorsements for your policy. Refer to these documents as needed for detailed information concerning your coverage.

| FORM NUMBER | TITLE |
|---|---|
| CL 01 00 03 99 | Common Policy Conditions |
| CL 01 68 10 14 | Amendatory Endorsement - Maryland |
| CL 06 00 01 15 | Certified Terrorism Loss |
| CL 07 00 10 06 | Virus or Bacteria Exclusion |
| IM 20 41 07 16 | Amendatory Endorsement - Maryland |
| IM 70 54 05 07 | Builders' Risk Coverage - Rehab And Reno Form |
| IM 70 79 04 04 | Soft Cost,Extra Expense and Rental Income |
| IM 70 88 04 04 | Windstorm Deductible |

In witness whereof, we have caused this policy to be signed by our authorized officers.

Mark Touhey
Secretary

Paul Condrin
President

*To report a claim, call your Agent or 1-800-362-0000*
DS 70 21 11 16



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Inland Marine Declarations**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625 |
| | MAURY DONNELLY & PARR INC |

## SUMMARY OF CHARGES

**Explanation of Charges**

| DESCRIPTION | PREMIUM |
|---|---|
| Builders Risk | $12,047.00 |
| Commercial Inland Marine Schedule Totals | $12,047.00 |
| Certified Acts of Terrorism Coverage | $1,337.00 |

**Total Advance Charges:  $13,384.00**

*Note: This is not a bill*

*To report a claim, call your Agent or 1-800-362-0000*

**DS 70 22 01 08**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625 |
| | MAURY DONNELLY & PARR INC |

# SCHEDULE OF COVERAGES

## BUILDERS' RISK -- REHABILITATION AND RENOVATION

(The entries required to complete this schedule will
be shown below or on the "schedule of coverages".)

### SCHEDULED JOBSITE

### DESCRIPTION OF PROJECT

 Gut rehab of existing structure to be occupied as

 16 apartment units. Roof, plumbing, and

 structural supports replaced in 2015.

### SCHEDULED LOCATIONS

| Loc.<br>No. | Location | Limit |
|---|---|---|
| 0001 | 3400 Auchentoroly Ter<br>Baltimore, MD 21217 | $ |

| Job No. | Jobsite |
|---|---|
| 001 | 3400 Auchentoroly Ter<br><br>Baltimore, MD 21217 |

(  ) Attach Additional Scheduled Jobsite Locations (check if applicable)

**Building Materials Limit** --     $     1,950,000

**Existing Building Limit** --     $         500,000

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 59 05 07**



**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

### Commercial  Inland  Marine
### Declarations  Schedule

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

## SCHEDULED LOCATIONS

### Existing  Building  Coverage  (check  one):
( X ) Coverage Provided
(   ) Coverage Not Provided

### Existing  Building  Valuation  (check  one):
(   ) Stated Value
( X ) Actual Cash Value

## COVERAGE EXTENSIONS

| | |
|---|---|
| Additional Debris Removal Expenses | $ 100,000 |
| Limited Fungus Coverage | $ 15,000 |

## SUPPLEMENTAL  COVERAGES

| | |
|---|---|
| Pollutant Cleanup and Removal | $ 100,000 |
| Temporary Storage Locations | $ 150,000 |
| Transit | $ 150,000 |

## DEDUCTIBLE

| | |
|---|---|
| Deductible Amount | $ 2,500 |

## COVERAGE LIMITATION

( X ) **Vacant Building**-- "We" only cover a vacant "existing building" for 60 consecutive days from the inception date of this policy unless building permits have been obtained and rehabilitation or renovation work has begun on the "existing building".

(   ) **Vacant Building Limitation Waived**

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 59 05 07**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine**
**Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

---

## SUPPLEMENTAL  COVERAGES (cont)

### WHEN  COVERAGE  CEASES

Coverage will end when one of the following first occurs:

1. this policy expires or is canceled;

2. a covered building or structure is accepted by the purchaser;

3. "your"  insurable interest in the covered property ceases;

4. "you"  abandon construction with no intent to complete it; or

5. a covered building or structure has been completed for more than 30 days (unless a different number of days is shown below).

   Optional Number Of Days (replaces item 5. above if number is entered)

   A covered building or structure has been completed for more than _____ days.

### OPTIONAL COVERAGES AND ENDORSEMENTS

_____

_____

_____

_____

---

*To report a claim,  call  your Agent or  1-800-362-0000*

**IM 70 59 05 07**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO (19) 59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial Inland Marine**
**Declarations Schedule**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625 |
| | MAURY DONNELLY & PARR INC |

## SOFT COST SCHEDULE
## SOFT COST, EXTRA EXPENSE, AND RENTAL INCOME

Location

3400 Auchentoroly Ter
Baltimore, MD 21217

| **SOFT COST** | **Limit** |
|---|---|
| The most "we" pay for soft cost expenses in any 30 day period is: | $ 100,000 |
| The most "we" pay in any one occurrence for soft cost expenses is: | $ 100,000 |
| **EXTRA EXPENSE** | |
| The most "we" pay for extra expenses in any 30 day period is: | $ 100,000 |
| The most "we" pay in any one occurrence for extra expenses is: | $ 100,000 |
| **RENTAL INCOME** | |
| The most "we" pay for loss of rental income in any 30 day periodis: | $ 180,000 |
| The most "we" pay in any one occurrence for loss of rental income is: | $ 180,000 |

**COVERAGE EXTENSIONS**

| Ordinance Or Law | $ Covered |
|---|---|
| Interruption By Civil Authority | $ Covered |
| Limited Fungus Coverage | _____days |

**SUPPLEMENTAL COVERAGES**

Earthquake Coverage
   (X) Coverage Not Provided
   ( ) Coverage Provided, as described below:

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 80 04 04**

**Liberty Mutual.**
INSURANCE

*Coverage Is Provided In:*
The Ohio Casualty Insurance Company

Policy Number:
**BMO  (19)  59 28 44 86**

Policy Period:
**From 12/21/2018 To 12/21/2019**
*12:01 am Standard Time*
*at Insured Mailing Location*

**Commercial   Inland   Marine
Declarations   Schedule**

| Named Insured | Agent |
|---|---|
| AUCHENTOROLY ESTATES LLC | (410) 685-4625<br>MAURY DONNELLY & PARR INC |

## SUPPLEMENTAL COVERAGES (cont)

Earthquake Limit -- The most "we" pay
for loss to any one building or
structure is:                                                    $ _____

Earthquake Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:      $ _____

Flood Coverage

   (X) Coverage Not Provided

   ( ) Coverage Provided, as described below:

Flood Limit -- The most "we" pay
for loss to any one building or
structure is:                                                    $ _____

Flood Catastrophe Limit -- The most
"we" pay for loss in any one occurrence is:       $ _____

Sewer Backup Coverage

   (X) Coverage Not Provided

   ( ) Coverage Provided, as described below:

Sewer Backup Limit -- The most "we" pay in
any one occurrence for loss caused
by sewer backup is:                                        $ _____

( ) Sewer Backup Coverage                            $ _____

## WAITING PERIOD

( ) Not Applicable

(X) Number of Days _____3_____

*To report a claim, call your Agent or 1-800-362-0000*

**IM 70 80 04 04**

**AAIS**
**CL 0100 03 99**
**Page 1 of 1**

# COMMON   POLICY CONDITIONS



1. **Assignment --** This policy may not be assigned without "our" written consent.

2. **Cancellation --** "You" may cancel this policy by returning the policy to "us" or by giving "us" written notice and stating at what future date coverage is to stop.

   "We" may cancel this policy, or one or more of its parts, by written notice sent to "you" at "your" last mailing address known to "us". If notice of cancellation is mailed, proof of mailing will be sufficient proof of notice.

   If "we" cancel this policy for nonpayment of premium, "we" will give "you" notice at least ten days before the cancellation is effective. If "we" cancel this policy for any other reason, "we" will give "you" notice at least 30 days in advance of cancellation. The notice will state the time that the cancellation is to take effect.

   "Your" return premium, if any, will be calculated according to "our" rules. It will be refunded to "you" with the cancellation notice or within a reasonable time. Payment or tender of the unearned premium is not a condition of cancellation.

3. **Change, Modification, or Waiver of Policy Terms - -** A waiver or change of the "terms" of this policy must be issued by "us" in writing to be valid.

4. **Inspections --** "We" have the right, but are not obligated, to inspect "your" property and operations at any time. This inspection may be made by "us" or may be made on "our" behalf. An inspection or its resulting advice or report does not warrant that "your" property or operations are safe, healthful, or in compliance with laws, rules, or regulations. Inspections or reports are for "our" benefit only.

5. **Examination of Books and Records --** "We" may examine and audit "your" books and records that relate to this policy during the policy period and within three years after the policy has expired.

**CL 0100 03 99**

Copyright, American Association of Insurance Services, Inc., 1998

AAIS                                    This endorsement changes
CL 0168 10 14                                    the policy
Page 1 of 3                              --PLEASE READ THIS CAREFULLY--

# AMENDATORY  ENDORSEMENT
## MARYLAND

1.  Under Common Policy Conditions, Cancella-
    tion is deleted and replaced by the following:

    **Cancellation And Nonrenewal**

    a.  "You" may cancel this policy by returning
        the policy to "us" or by giving "us" writ-
        ten notice and stating at what future date
        coverage is to stop.

    b.  "We" may cancel or not renew this policy
        by mailing written notice to "you" at
        "your" last mailing address known to
        "us". Such notice may also be delivered
        by electronic means if "you" have affir-
        matively consented to that method of de-
        livery and "we" have obtained such con-
        sent in accordance with Maryland law.
        Proof of mailing or delivery is sufficient
        proof of notice.

    c.  If this policy has been in effect for 45 days
        or less, "we" may cancel by giving "you"
        notice:

        1)  at least 10 days before cancellation is
            effective, if cancellation is for non-
            payment of premium; or

        2)  at least 15 days before cancellation is
            effective, if cancellation is because
            the risk does not meet "our"
            underwriting standards.

        If notice is mailed, it will be sent by a
        first-class mail tracking method. The no-
        tice will state the reason for cancellation.

    d.  If this policy has been in effect for more
        than 45 days, or if it is a renewal of a
        policy issued by "us", "we" may cancel
        only if one or more of the following rea-
        sons apply:

    1)  nonpayment of premium;

    2)  there has been a material misrepre-
        sentation or fraud in connection with
        the application, policy, or presenta-
        tion of a claim;

    3)  there has been a matter or issue re-
        lated to the risk that constitutes a
        threat to public safety; or

    4)  there has been a change in the con-
        dition of the risk that has resulted in
        an increase in the hazard insured
        against.

    If "we" cancel this policy for nonpayment
    of premium, "we" will give "you" notice
    at least 10 days before cancellation is ef-
    fective. If notice is mailed, it will be sent
    by a first-class mail tracking method.

    If "we" cancel this policy for any reason
    other than nonpayment of premium,
    "we" will give "you" notice at least 45
    days before cancellation is effective. If
    notice is mailed, it will be sent by a first-
    class mail tracking method or by a com-
    mercial mail delivery service. The notice
    will state the reason for cancellation.

    Within 30 days of the date on which "we"
    give such notice, "you" may make a writ-
    ten request to "us" for additional infor-
    mation in support of "our" cancellation.

    However, no notice of cancellation is re-
    quired if "you" have replaced this
    insurance.

Copyright, American Association of Insurance Services, Inc., 2014

e.  If the premium was paid by a premium finance company, "we" will return to the premium finance company, from "your" account, any gross unearned premiums that are due, computed on a pro rata basis and excluding any expense constant, administrative fee, or any nonrefundable charge filed with and approved by the insurance commissioner. Such return premium will be refunded within a reasonable time that will not exceed 45 days after:

1)  "our" receipt of a notice of cancellation from the premium finance company;

2)  the date "we" cancel this policy; or

3)  the completion of any payroll audit necessary to determine the amount of premium earned while this policy was in force.

This applies regardless of whether the policy is cancelled by "you", "us", or the premium finance company.

If the premium was not paid by a premium finance company, "your" return premium, if any, will be calculated on a pro rata basis and will be refunded at the time of cancellation or as soon as practicable.

In all cases, payment or tender of the unearned premium is not a condition of cancellation.

f.  If "we" decide not to renew this policy, "we" will give "you" notice at least 45 days before the nonrenewal is effective.

If notice is mailed, it will be sent by a first-class mail tracking method or by a commercial mail delivery service.

If nonrenewal is for any reason other than nonpayment of premium, the notice will state the reason for nonrenewal.

Within 30 days of the date on which "we" give such notice, "you" may make a written request to "us" for additional information in support of "our" nonrenewal.

2.  Under Common Policy Conditions, the following condition is added:

**Conditional Renewal**

a.  If "we" intend to renew this policy with an increase in premium, "we" will mail, by first-class mail, written notice to "you" and "your" agent, if any, at least 45 days before the renewal is effective. Such notice may also be delivered by electronic means if "you" have affirmatively consented to that method of delivery and "we" have obtained such consent in accordance with Maryland law.

However, the notice is not required if the premium increase results from:

1)  an increase in exposure units;

2)  the application of an experience rating plan;

3)  the application of a retrospective rating plan;

4)  a change made by an "insured" that increases "our" exposure; or

5)  an audit of an "insured".

b.  If "we" intend to renew this policy with a reduction or elimination of coverage, a change in deductible, or an increase in "limits", "we" will mail, by first-class mail, written notice to "you" at least 45 days before the renewal is effective. Such notice may also be delivered by electronic means if "you" have affirmatively consented to that method of delivery and "we" have obtained such consent in accordance with Maryland law.

The notice will include a clear and specific description of each change in coverage which identifies the type of coverage that will be changed and the dollar amount of such change.

However, no notice is required if the change in coverage is requested by "you".

Copyright, American Association of Insurance Services, Inc., 2014

3.  Under Common Policy Conditions, the following condition is added:

    **Notice Of Recalculated Premium**

    a.  If "we" discover a material risk factor during the 45-day underwriting period of this policy, but the risk continues to meet "our" underwriting standards, "we" will recalculate the premium for "your" policy based on such material risk factor.

    b.  If "we" recalculate the premium for "your" policy as provided in a. above, "we" will give "you" written notice that states:

        1)  the amount of the recalculated premium;

        2)  the reason for the change in the premium in accordance with c. below; and

        3)  "your" right to cancel the policy and receive a pro-rata refund of any premium paid by notifying "us" of the termination.

    c.  In stating the reason for the change in the premium, "we" will:

        1)  identify each material risk factor that was discovered during the 45-day underwriting period; and

        2)  with respect to each material risk factor, explain with specificity why the material risk factor required the premium to be recalculated.

    d.  For purposes of this condition, material risk factor means a risk factor that:

        1)  was incorrectly recorded or not disclosed by "you" in the application for this policy;

        2)  was in existence on the date of such application; and

        3)  modifies the premium charged on the policy.

    **CL 0168 10 14**

Copyright, American Association of Insurance Services, Inc., 2014

**AAIS**                    This endorsement  changes
**CL 0600 01 15**                    the policy
**Page 1 of 1**                    **-- PLEASE READ THIS CAREFULLY --**

# CERTIFIED TERRORISM  LOSS



1.  The following  definitions  are added.

    a.  "Certified act of terrorism"  means an act that is certified  by the Secretary of the Treasury, in consultation  with the Secretary of Homeland Security,  and the Attorney General of the United States:

        1)  to be an act of terrorism;

        2)  to be a violent  act or an act that is dangerous to human life, property,  or infrastructure;

        3)  to have resulted  in damage:

            a)  within  the United States; or

            b)  to an air carrier (as defined  in section 40102 of title 49, United States Code); to a United States flag vessel (or a vessel based principally  in the United States, on which United States income tax is paid and whose insurance coverage is subject to regulation in the United States), regardless of where the loss occurs; or at the premises  of any United States mission;

        4)  to have been committed  by an individual  or individuals,  as part of an effort to coerce the civilian population of the United States or to influence the policy  or affect the conduct of the United States Government by coercion; and

        5)  to have resulted  in insured losses in excess of five million  dollars in the aggregate, attributable  to all types of insurance  subject to the Terrorism Risk Insurance  Act, as amended.

    b.  "Certified  terrorism  loss" means loss that results from a "certified  act of terrorism".

2.  The "terms"  of any terrorism  exclusion that is part of or that is attached to this Coverage Part are amended  by the following  provision:

    This exclusion  does not apply to "certified  terrorism  loss".

3.  The following  provision  is added.

    If the Secretary  of the Treasury determines that the aggregate amount of "certified  terrorism  loss" has exceeded one hundred billion dollars in a calendar  year (January 1 through December 31), and "we" have met "our" insurer deductible  under the Terrorism  Risk Insurance Act, as amended, "we"  will not pay for any portion of "certified  terrorism  loss" that exceeds one hundred billion dollars. If the "certified  terrorism  loss" exceeds one hundred billion  dollars in a calendar year (January 1 through December 31), losses up to one hundred billion  dollars are subject to pro rata allocation  in accordance with procedures established  by the Secretary of the Treasury under the Terrorism  Risk Insurance Act, as amended.

4.  The following  provisions  are added.

    a.  Neither the "terms"  of this endorsement nor the "terms"  of any other terrorism endorsement  attached to this Coverage Part provide coverage for any loss that would otherwise  be excluded by this Coverage Part under:

        1)  exclusions  that address war, military action, or nuclear hazard; or

        2)  any other exclusion;  and

    b.  the absence of any other terrorism  endorsement  does not imply coverage for any loss that would otherwise  be excluded by this Coverage Part under:

        1)  exclusions  that address war, military action, or nuclear hazard; or

        2)  any other exclusion.

**CL 0600  01 15**

Copyright, American Association of Insurance Services, Inc., 2015

This endorsement changes
the policy
**-- PLEASE READ THIS CAREFULLY --**

# VIRUS OR BACTERIA EXCLUSION

## DEFINITIONS

**Definitions Amended --**

When "fungus" is a defined "term", the definition of "fungus" is amended to delete reference to a bacterium.

When "fungus or related perils" is a defined "term", the definition of "fungus or related perils" is amended to delete reference to a bacterium.

## PERILS EXCLUDED

The additional exclusion set forth below applies to all coverages, coverage extensions, supplemental coverages, optional coverages, and endorsements that are provided by the policy to which this endorsement is attached, including, but not limited to, those that provide coverage for property, earnings, extra expense, or interruption by civil authority.

1. The following exclusion is added under Perils Excluded, item 1.:

   **Virus or Bacteria --**

   "We" do not pay for loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

This exclusion applies to, but is not limited to, any loss, cost, or expense as a result of:

**a.** any contamination by any virus, bacterium, or other microorganism; or

**b.** any denial of access to property because of any virus, bacterium, or other microorganism.

2. **Superseded Exclusions --** The Virus or Bacteria exclusion set forth by this endorsement supersedes the "terms" of any other exclusions referring to "pollutants" or to contamination with respect to any loss, cost, or expense caused by, resulting from, or relating to any virus, bacterium, or other microorganism that causes disease, illness, or physical distress or that is capable of causing disease, illness, or physical distress.

## OTHER CONDITIONS

**Other Terms Remain in Effect --**

The "terms" of this endorsement, whether or not applicable to any loss, cost, or expense, cannot be construed to provide coverage for a loss, cost, or expense that would otherwise be excluded under the policy to which this endorsement is attached.

CL 0700 10 06

Copyright, American Association of Insurance Services, Inc., 2006



# AMENDATORY  ENDORSEMENT
## MARYLAND



1.  Under Coverage Extensions, Defense Costs, if applicable,  is amended  to include  the following:

    The expenses  "we"  incur  under Defense Costs will  not reduce  the applicable  "limit"  for coverage  described  under Property Covered.

2.  Under Other Conditions,  Misrepresentation,  Concealment,  Or Fraud is deleted  and replaced  by the following:

    **Misrepresentation,  Concealment, Or Fraud** -- "We"  do not provide  coverage for  "you"  or any other  insured  if, before  or after a loss:

    a.  "you"  have or any other  insured has willfully  concealed  or misrepresented:

        1)  a material  fact or circumstance  that relates  to this insurance  or the  subject  thereof;  or

        2)  "your"  interest  herein;  or

    b.  there has been fraud  or false  swearing  by "you"  or any other  insured  with  regard to a matter  that relates  to this insurance  or the subject  thereof.

3.  In all coverage  forms  except Cold Storage  Locker Coverage,  Contingent  Cargo  Coverage,  Motor  Truck Cargo Legal Liability  Coverage,  Riggers'  Legal Liability  Coverage,  and Warehouse  Legal Liability  Coverage,  under Other Conditions,  paragraph  b. of Suit Against  Us is deleted  and replaced  by the following:

    b.  the suit has been brought  within  three years  after "you"  first have knowl-  edge of the loss.

**IM  2041 07 16**

Copyright, American Association of Insurance Services, Inc., 2016

# BUILDERS' RISK COVERAGE
## REHABILITATION  AND  RENOVATION  FORM

In this coverage form, the words "you" and "your" mean the persons or organizations named as the insured on the declarations and the words "we", "us", and "our" mean the company providing this coverage.

Refer to the Definitions section at the end of this coverage form for additional words and phrases that have special meaning. These words and phrases are shown in quotation marks.

## AGREEMENT

In return for "your" payment of the required premium, "we" provide the coverage described herein subject to all the "terms" of the Builders' Risk Coverage. This coverage is also subject to the "schedule of coverages" and additional policy conditions relating to assignment or transfer of rights or duties, cancellation, changes or modifications, inspections, and examination of books and records.

Endorsements and schedules may also apply. They are identified on the "schedule of coverages".

## PROPERTY COVERED

"We" cover the following property unless the property is excluded or subject to limitations.

**Rehabilitation And Renovation --** "We" cover buildings or structures while in the course of rehabilitation or renovation as described below.

1. **Coverage --**

   a. **Existing Building --** If coverage for Existing Building is indicated on the "schedule of coverages", "we" cover direct physical loss caused by a covered peril to an "existing building" while in the course of rehabilitation or renovation.

   b. **Building Materials --** While "existing buildings" are in the course of rehabilitation or renovation, "we" cover direct physical loss caused by a covered peril to "building materials".

2. **Coverage Limitations --**

   a. **Described Jobsite --** "We" only cover "existing buildings" and "building materials" at the "jobsite" described on the "schedule of coverages".

   b. **Vacant Building --** Refer to the "schedule of coverages" for a description of the limitation on a vacant "existing building".

3. **Limits --**

   a. **Existing Buildings --** The most "we" pay in any one occurrence for loss to an "existing building" is the Existing Buildings Limit indicated on the "schedule of coverages".

   b. **Building Materials --** The most "we" pay in any one occurrence for loss to "building materials" is the Building Materials Limit indicated on the "schedule of coverages".

## PROPERTY NOT COVERED

1. **Aircraft Or Watercraft --** "We" do not cover aircraft or watercraft.

Copyright, American Association of Insurance Services, Inc., 2007

2.  **Contraband --** "We" do not cover contraband or property in the course of illegal transportation or trade.

3.  **Excavations, Grading, Filling, Pipes, Flues, And Drains --** "We" do not cover:

    a.  the cost of excavations, grading, or filling; and

    b.  underground pipes; flues; and drains.

4.  **Land --** "We" do not cover land including land on which covered property is located.

5.  **Money And Securities --** "We" do not cover accounts, bills, currency, food stamps, or other evidences of debt, lottery tickets not held for sale, money, notes, or securities.

6.  **Roadways And Walkways --** "We" do not cover walkways, roadways, and other paved surfaces that are not adjacent to and not part of a covered building or structure.

7.  **Standing Building Or Structure --** Except for "existing building", "we" do not cover any:

    a.  standing building or structure; or

    b.  part of a standing building or structure

    that has been wholly or partially constructed, erected, or fabricated prior to the inception of this policy.

8.  **Trees, Shrubs, And Plants --** "We" do not cover trees, shrubs, plants, or lawns.

9.  **Waterborne Property --** "We" do not cover property while waterborne except while in transit in the custody of a carrier for hire.

10. **Vehicles --** "We" do not cover automobiles or any self- propelled vehicles that are designed for highway use.

## COVERAGE EXTENSIONS

**Provisions That Apply To Coverage Extensions --** The following Coverage Extensions indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Coverage Extension within this coverage form, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, the coverages provided below are part of and not in addition to the applicable "limit" for coverage described under Property Covered.

The "limit" provided under a Coverage Extension cannot be combined or added to the "limit" for any other Coverage Extension or Supplemental Coverage including a Coverage Extension or Supplemental Coverage that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following coverage extensions are not subject to and not considered in applying coinsurance conditions.

1.  **Debris Removal --**

    a.  **Coverage --** "We" pay the cost to remove the debris of covered property that is caused by a covered peril.

    b.  **We Do Not Cover --** This coverage does not include costs to:

        1)  extract "pollutants" from land or water; or

        2)  remove, restore, or replace polluted land or water.

Copyright, American Association of Insurance Services, Inc., 2007

c. **Limit --** "We" do not pay any more under this coverage than 25% of the amount "we" pay for the direct physical loss. "We" will not pay more for loss to property and debris removal combined than the "limit" for the damaged property.

d. **Additional Limit --** "We" pay up to an additional $5,000 for debris removal expense when the debris removal expense exceeds 25% of the amount "we" pay for direct physical loss or when the loss to property and debris removal combined exceeds the "limit" for the damaged property.

e. **You Must Report Your Expenses --** "We" do not pay any expenses unless they are reported to "us" in writing within 180 days from the date of direct physical loss to covered property.

2. **Limited Fungus Coverage --**

a. **Coverage --** "We" pay for direct physical loss to covered property caused by or relating to the existence of or any activity of "fungus".

b. **Coverage Limitation --** "We" only cover loss caused by "fungus":

   1) when the "fungus" is the result of:

      a) a "specified peril" other than fire or lightning; or

      b) "flood" (if the Flood Coverage is provided under this policy);

      that occurs during the policy period; and

   2) if all reasonable steps were taken to protect the property from additional damage at and after the time of the occurrence.

c. **Limit --** The most "we" pay for all losses at all buildings or structures is $15,000, unless another "limit" is indicated on the "schedule of coverages". The Limited Fungus Limit applies regardless of the number of claims made.

The Limited Fungus Limit applies regardless of the number of locations or buildings or structures insured under this policy.

The Limited Fungus Limit is the most that "we" pay for the total of all loss or damage arising out of all occurrences of "specified perils", other than fire or lightning, or "flood" (if applicable) during each separate 12-month period beginning with the inception date of this policy.

d. **If The Policy Period Is Extended --** If the policy period is extended for an additional period of less than 12 months, this additional period will be considered part of the preceding period for the purpose of determining the Limited Fungus Limit.

e. **Recurrence And Continuation Of Fungus --** Limited Fungus Limit is the most that "we" pay with respect to a specific occurrence of a loss that results in "fungus" even if such "fungus" recurs or continues to exist during this or any future policy period.

f. **Limit Applies To Other Costs Or Expenses --** Limited Fungus Limit also applies to any cost or expense to:

   1) clean up, contain, treat, detoxify, or neutralize "fungus" on covered property or remove "fungus" from covered property;

   2) remove and replace those parts of covered property necessary to gain access to "fungus"; and

   3) test for the existence or level of "fungus" following the repair, replacement, restoration, or removal of damaged property if it is reasonable to believe that "fungus" is present.

Copyright, American Association of Insurance Services, Inc., 2007

**g.** **Loss Not Caused By Fungus --** If there is a covered loss or damage to covered property not caused by "fungus", loss payment will not be limited by the "terms" of this coverage extension. However, to the extent that "fungus" causes an increase in the loss, that increase is subject to the "terms" of this coverage extension.

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages --** The following Supplemental Coverages indicate an applicable "limit". This "limit" may also be shown on the "schedule of coverages".

If a different "limit" is indicated on the "schedule of coverages", that "limit" will apply instead of the "limit" shown below.

However, if no "limit" is indicated for a Supplemental Coverage within this coverage form, coverage is provided up to the full "limit" for the applicable covered property unless a different "limit" is indicated on the "schedule of coverages".

Unless otherwise indicated, a "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for coverage described under Property Covered.

The "limit" available for coverage described under a Supplemental Coverage:

**a.** is the only "limit" available for the described coverage; and

**b.** is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for coverage described under Property Covered.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension including a Supplemental Coverage or Coverage Extension that is added to this policy by endorsement.

If coinsurance provisions are part of this policy, the following supplemental coverages are not subject to and not considered in applying coinsurance conditions.

1. **Pollutant Cleanup And Removal --**

   **a.** **Coverage --** "We" pay "your" expense to extract "pollutants" from land or water if the discharge, dispersal, seepage, migration, release, or escape of the "pollutants" is caused by a covered peril that occurs during the policy period.

   **b.** **Time Limitation --** The expenses to extract "pollutants" are paid only if they are reported to "us" in writing within 180 days from the date the covered peril occurs.

   **c.** **We Do Not Cover --** "We" do not pay the cost of testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

   However, "we" pay the cost of testing that is necessary for the extraction of "pollutants" from land or water.

   **d.** **Limit --** The most "we" pay for each location is $10,000 for the sum of all such expenses arising out of a covered peril occurring during each separate 12-month period of this policy.

2. **Temporary Storage Locations --**

   **a.** **Coverage --** "We" cover direct physical loss caused by a covered peril to materials and supplies that will become a permanent part of a covered building or structure while they are temporarily in storage at a location that is not described on the "schedule of coverages".

Copyright, American Association of Insurance Services, Inc., 2007



b. **We Do Not Cover --** "We" do not cover property in storage if the property has not been specifically allocated to or otherwise identified with a covered building or structure.

c. **Limit --** The most "we" pay in any one occurrence for loss to property at a temporary storage location is $10,000.

3. **Transit --**

a. **Coverage --** "We" cover direct physical loss caused by a covered peril to materials and supplies that will become a permanent part of a covered building or structure while in transit.

b. **Limit --** The most "we" pay in any one occurrence for loss to property in transit is $10,000.

## PERILS COVERED

"We" cover risks of direct physical loss unless the loss is limited or caused by a peril that is excluded.

## PERILS EXCLUDED

1. "We" do not pay for loss or damage caused directly or indirectly by one or more of the following excluded causes or events. Such loss or damage is excluded regardless of other causes or events that contribute to or aggravate the loss, whether such causes or events act to produce the loss before, at the same time as, or after the excluded causes or events.

a. **Civil Authority --** "We" do not pay for loss caused by order of any civil authority, including seizure, confiscation, destruction, or quarantine of property.

"We" do cover loss resulting from acts of destruction by the civil authority to prevent the spread of fire, unless the fire is caused by a peril excluded under this coverage.

b. **Earth Movement --** "We" do not pay for loss caused by any "earth movement".

However, if eruption, explosion, or effusion of a volcano results in "volcanic action", "we" will pay for the loss or damage caused by that "volcanic action".

If "earth movement" results in fire, "we" will pay for the loss or damage caused by that fire. If "earth movement" (other than eruption, explosion, or effusion of a volcano) results in explosion, "we" will pay for the loss or damage caused by that explosion.

This exclusion does not apply to covered property while in transit.

c. **Flood --** "We" do not pay for loss caused by "flood".

However, if "flood" results in fire, explosion, or sprinkler leakage, "we" will pay for the loss or damage caused by that fire, explosion, or sprinkler leakage.

This exclusion does not apply to covered property while in transit.

d. **Fungus --** Except as provided under Coverage Extensions - Limited Fungus Coverage, "we" do not pay for loss, cost, or expense caused by or relating to the existence of or any activity of "fungus".

But if "fungus" results in a "specified peril", we cover loss or damage caused by that "specified peril".

This exclusion does not apply to:

1) loss that results from fire or lightning; or

2) collapse caused by hidden decay.

Copyright, American Association of Insurance Services, Inc., 2007

**e.** **Nuclear Hazard --** "We" do not pay for loss caused by or resulting from a nuclear reaction, nuclear radiation, or radioactive contamination (whether controlled or uncontrolled; whether caused by natural, accidental, or artificial means). Loss caused by nuclear hazard is not considered loss caused by fire, explosion, or smoke. Direct loss by fire resulting from the nuclear hazard is covered.

**f.** **Ordinance Or Law --** "We" do not pay for loss or increased cost caused by enforcement of any code, ordinance, or law regulating the use, construction, or repair of any building or structure; or requiring the demolition of any building or structure including the cost of removing its debris.

"We" do not pay for loss regardless if the loss is caused by or results from the:

1) enforcement of any code, ordinance, or law even if a building or structure has not been damaged; or

2) increased costs that "you" incur because of "your" compliance with a code, ordinance, or law during the construction, repair, rehabilitation, remodeling, or razing of a building or structure, including the removal of debris, following a direct physical loss to the property.

**g.** **Penalties --** "We" do not pay for loss caused by penalties for non-completion or non-compliance with any contract terms or conditions.

**h.** **Sewer Backup And Water Below The Surface --** "We" do not pay for loss caused by:

1) water that backs up through or overflows from a sewer, drain, or sump; or

2) water below the surface of the ground, including but not limited to water that exerts pressure on or flows, seeps, or leaks through or into a building or structure.

If sewer backup or water below the surface of the ground results in fire, explosion, or theft, "we" will pay for the loss or damage caused by that fire, explosion, or theft.

This exclusion does not apply to covered property while in transit.

**i.** **War And Military Action --** "We" do not pay for loss caused by:

1) war, including undeclared war or civil war; or

2) a warlike action by a military force, including action taken to prevent or defend against an actual or expected attack, by any government, sovereign, or other authority using military personnel or other agents; or

3) insurrection, rebellion, revolution, or unlawful seizure of power including action taken by governmental authority to prevent or defend against any of these.

With regard to any action that comes within the "terms" of this exclusion and involves nuclear reaction, nuclear radiation, or radioactive contamination, this War and Military Action Exclusion will apply in place of the Nuclear Hazard Exclusion.

2. "We" do not pay for loss or damage that is caused by or results from one or more of the following:

**a.** **Collapse --** "We" do not pay for loss caused by collapse, except as provided under Other Coverages - Collapse.

But if collapse results in a covered peril, "we" cover the loss or damage caused by that covered peril.

This exclusion does not apply to covered property while in transit.

Copyright, American Association of Insurance Services, Inc., 2007

**b.** **Contamination Or Deterioration --** "We" do not pay for loss caused by contamination or deterioration including corrosion, decay, rust, or any quality, fault, or weakness in covered property that causes it to damage or destroy itself.

**c.** **Criminal, Fraudulent, Dishonest, Or Illegal Acts --** "We" do not pay for loss caused by or resulting from criminal, fraudulent, dishonest, or illegal acts committed alone or in collusion with another by:

1) "you";

2) others who have an interest in the property;

3) others to whom "you" entrust the property;

4) "your" partners, officers, directors, trustees, joint venturers, or "your" members or managers if "you" are a limited liability company; or

5) the employees or agents of **1), 2), 3),** or **4)** above, whether or not they are at work.

This exclusion does not apply to acts of destruction by "your" employees, but "we" do not pay for theft by employees.

This exclusion does not apply to covered property in the custody of a carrier for hire.

**d.** **Defects, Errors, And Omissions --** "We" do not pay for loss caused by an act, defect, error, or omission (negligent or not) relating to:

1) design or specifications; or

2) planning, zoning, development, siting, surveying, grading, or compaction.

But if an act, defect, error, or omission as described above results in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

**e.** **Electrical Currents --** "We" do not pay for loss caused by arcing or by electrical currents other than lightning.

But if arcing or electrical currents other than lightning result in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

**f.** **Explosion, Rupture, Or Bursting --** "We" do not pay for loss caused by explosion, rupture, or bursting of steam boilers, steam or gas turbines, steam pipes, or steam engines. This exclusion applies only to loss or damage to the steam boilers, steam or gas turbines, steam pipes, or steam engines in which the loss occurred.

**g.** **Freezing --** "We" do not pay for loss caused by water; other liquids; powder; or molten material that leaks or flows from plumbing, heating, air-conditioning systems, or appliances other than fire protective systems caused by freezing.

This does not apply if "you" use reasonable care to maintain heat in the building or structure; or "you" drain the equipment and turn off the supply if the heat is not maintained.

**h.** **Loss Of Use --** "We" do not pay for loss caused by or resulting from loss of use, delay, or loss of market.

**i.** **Materials And Workmanship --** "We" do not pay for loss caused by faulty, inadequate, or defective materials or workmanship. But if loss by a fire or explosion results, "we" pay for the resulting loss.

**j.** **Mechanical Breakdown --** "We" do not pay for loss caused by mechanical breakdown or rupturing or bursting of moving parts of machinery caused by centrifugal force.

But if a mechanical breakdown or rupturing or bursting of parts of machinery caused by centrifugal force results in a "specified peril", "we" do cover the loss or damage caused by that "specified peril".

Copyright, American Association of Insurance Services, Inc., 2007

k. **Missing Property --** "We" do not pay for missing property where the only proof of loss is unexplained or mysterious disappearance of covered property, or shortage of property discovered on taking inventory, or any other instance where there is no physical evidence to show what happened to the covered property.

This exclusion does not apply to covered property in the custody of a carrier for hire.

l. **Pollutants --** "We" do not pay for loss caused by or resulting from release, discharge, seepage, migration, dispersal, or escape of "pollutants":

   1) unless the release, discharge, seepage, migration, dispersal, or escape is caused by a "specified peril"; or

   2) except as specifically provided under the Supplemental Coverages - Pollutant Cleanup and Removal.

   "We" do cover any resulting loss caused by a "specified peril".

m. **Rain, Snow, Ice, Or Sleet --** "We" do not pay for loss caused by or resulting from rain, snow, ice, or sleet to property in the open that is not part of the permanent building or structure.

This exclusion does not apply to covered property in the custody of a carrier for hire.

n. **Settling, Cracking, Shrinking, Bulging, Or Expanding --** "We" do not pay for loss caused by settling, cracking, shrinking, bulging, or expanding of pavements, foundations, walls, ceilings, glass, or roofs.

But if loss by a covered peril results, "we" pay for the resulting loss.

o. **Temperature/Humidity --** "We" do not pay for loss caused by dryness, dampness, humidity, or changes in or extremes of temperature.

p. **Testing --** "We" do not pay for loss caused by testing of covered property. Testing includes, but is not limited to, start-up, performance, stress, pressure, or overload testing of materials, supplies, machinery, fixtures, and equipment.

q. **Voluntary Parting --** "We" do not pay for loss caused by or resulting from voluntary parting with title to or possession of any property because of any fraudulent scheme, trick, or false pretense.

r. **Wear And Tear --** "We" do not pay for loss caused by wear and tear, marring, or scratching.

## OTHER COVERAGES

**Collapse --**

1. **Coverage --** "We" pay for loss caused by direct physical loss involving collapse of buildings or structures while in the course of rehabilitation or renovation including:

   a. any part of buildings or structures; or

   b. personal property inside of buildings or structures.

2. **Covered Perils --** "We" only cover collapse of buildings or structures while in the course of rehabilitation or renovation if the collapse is caused by one or more of the following perils:

   a. "specified perils" only as insured against in this coverage form;

   b. hidden decay, unless "you" know of the presence of the decay prior to the collapse;

   c. hidden insect or vermin damage, unless "you" know of the damage prior to the collapse;

   d. weight of people or personal property;

Copyright, American Association of Insurance Services, Inc., 2007

e    weight of rain that collects on a roof; or

f.    use of defective materials.

3.    **Collapse Means --** Collapse means a sudden and unexpected falling in or caving in of buildings or structures, including any portion of buildings or structures, while in the course of rehabilitation or renovation with the result that rehabilitation or renovation cannot be completed as intended.

4.    **Collapse Does Not Mean --** The following are not considered to be in a state of collapse:

a.    a building or structure that is standing or any portion of a building or structure that is standing even if it displays evidence of bending, bulging, cracking, expansion, leaning, sagging, settling, or shrinkage;

b.    a building or structure or any portion of a building or structure in danger of falling in or caving; and

c.    a portion of a building or structure that is standing even if it has separated from another portion of the building or structure.

5.    **Limited Fungus Coverage Does Not Increase/Decrease Coverage --** The "terms" under Coverage Extension - Limited Fungus Coverage do not increase or decrease the coverage for Collapse.

## WHAT MUST BE DONE IN CASE OF LOSS

1.    **Notice --** In case of a loss, "you" must:

a.    give "us" or "our" agent prompt notice including a description of the property involved ("we" may request written notice); and

b.    give notice to the police when the act that causes the loss is a crime.

2.    **You Must Protect Property --** "You" must take all reasonable steps to protect covered property at and after an insured loss to avoid further loss.

a.    **Payment Of Reasonable Costs --** "We" do pay the reasonable costs incurred by "you" for necessary repairs or emergency measures performed solely to protect covered property from further damage by a peril insured against if a peril insured against has already caused a loss to covered property. "You" must keep an accurate record of such costs. "Our" payment of reasonable costs does not increase the "limit".

b.    **We Do Not Pay --** "We" do not pay for such repairs or emergency measures performed on property which has not been damaged by a peril insured against.

3.    **Proof Of Loss --** "You" must send "us", within 60 days after "our" request, a signed, sworn proof of loss. This must include the following information:

a.    the time, place, and circumstances of the loss;

b.    other policies of insurance that may cover the loss;

c.    "your" interest and the interests of all others in the property involved, including all mortgages and liens;

d.    changes in title of the covered property during the policy period; and

e.    estimates, specifications, inventories, and other reasonable information that "we" may require to settle the loss.

4.    **Examination --** "You" must submit to examination under oath in matters connected with the loss as often as "we" reasonably request and give "us" sworn statements of the answers. If more than one person is examined, "we" have the right to examine and receive statements separately and not in the presence of others.

Copyright, American Association of Insurance Services, Inc., 2007

5. **Records --** "You" must produce records, including tax returns and bank microfilms of all canceled checks relating to value, loss, and expense and permit copies and extracts to be made of them as often as "we" reasonably request.

6. **Damaged Property --** "You" must exhibit the damaged and undamaged property as often as "we" reasonably request and allow "us" to inspect or take samples of the property.

7. **Volunteer Payments --** "You" must not, except at "your" own expense, voluntarily make any payments, assume any obligations, pay or offer any rewards, or incur any other expenses except as respects protecting property from further damage.

8. **Abandonment --** "You" may not abandon the property to "us" without "our" written consent.

9. **Cooperation --** "You" must cooperate with "us" in performing all acts required by this policy.

## VALUATION

1. **Existing Building --**

   a. **Stated Value --** If Stated Value is indicated on the "schedule of coverages" for Existing Building, the value of an "existing building" that is in the course of rehabilitation or renovation will be valued at the "limit" shown for "existing building" on the "schedule of coverages".

   b. **Actual Cash Value --** If Actual Cash Value is indicated on the "schedule of coverages" for Existing Building, the value of an "existing building" that is in the course of rehabilitation or renovation will be based on the actual cash value at the time of loss (with a deduction for depreciation).

2. **Building Materials --**

   a. **Actual Cash Value --** The value of "building materials" will be based on the actual cash value at the time of loss (with a deduction for depreciation).

   b. **Actual Cash Value Includes --** The actual cash value includes:

      1) materials and labor;

      2) delivery charges;

      3) reasonable overhead and profit; and

      4) related construction costs that are reincurred as a result of a loss but only if such costs have been included as part of the "limit" for Building Materials.

3. **Pair Or Set --** The value of a lost or damaged article that is part of a pair or set is based on a reasonable proportion of the value of the entire pair or set. The loss is not considered a total loss of the pair or set.

4. **Loss To Parts --** The value of a lost or damaged part of an item that consists of several parts when it is complete is based on the value of only the lost or damaged part or the cost to repair or replace it.

## HOW MUCH WE PAY

1. **Insurable Interest --** "We" do not cover more than "your" insurable interest in any property.

2. **Deductible --** "We" pay only that part of "your" loss over the deductible amount indicated on the "schedule of coverages" in any one occurrence.

3. **Loss Settlement Terms --** Subject to paragraphs **1.**, **2.**, **4.**, **5.**, and **6.** under How Much We Pay, "we" pay the lesser of:

   a. the amount determined under Valuation;

   b. the cost to repair, replace, or rebuild the property with material of like kind and quality to the extent practicable; or

Copyright, American Association of Insurance Services, Inc., 2007

c. the "limit" that applies to the covered property.

**4. Coinsurance --**

a. **When Coinsurance Applies --** "We" only pay a part of the loss if the "limit" is less than 100% of the estimated completed value of "building materials".

b. **How We Determine Our Part Of The Loss --** "Our" part of the loss is determined using the following steps:

1) determine the 100% expected completed value of "building materials", this figure is based on the estimated value of the property at completion of construction had no loss occurred;

2) divide the "limit" for "building materials" by the result determined in **b.1)** above;

3) multiply the total amount of loss, after the application of any deductible, by the result determined in **b.2)** above.

The most "we" pay is the amount determined in **b.3)** above or the Building Materials Limit, whichever is less. "We" do not pay any remaining part of the loss.

c. **If There Is More Than One Limit --** If there is more than one Building Materials Limit indicated on the "schedule of coverages" for this coverage part, this procedure applies separately to each "limit".

d. **If There Is Only One Limit --** If there is only one "limit" indicated on the "schedule of coverages" for this coverage, this procedure applies to the total of all "building materials" to which the "limit" applies.

**5. Insurance Under More Than One Coverage --** If more than one coverage of this policy insures the same loss, "we" pay no more than the actual claim, loss, or damage sustained.

**6. Insurance Under More Than One Policy --**

a. **Proportional Share --** "You" may have another policy subject to the same "terms" as this policy. If "you" do, "we" will pay "our" share of the covered loss. "Our" share is the proportion that the applicable "limit" under this policy bears to the "limit" of all policies covering on the same basis.

b. **Excess Amount --** If there is another policy covering the same loss, other than that described above, "we" pay only for the amount of covered loss in excess of the amount due from that other policy, whether "you" can collect on it or not. But "we" do not pay more than the applicable "limit".

## LOSS PAYMENT

**1. Loss Payment Options --**

a. **Our Options --** In the event of loss covered by this coverage form, "we" have the following options:

1) pay the value of the lost or damaged property;

2) pay the cost of repairing or replacing the lost or damaged property;

3) rebuild, repair, or replace the property with other property of equivalent kind and quality, to the extent practicable, within a reasonable time; or

4) take all or any part of the property at the agreed or appraised value.

b. **Notice Of Our Intent To Rebuild, Repair, Or Replace --** "We" must give "you" notice of "our" intent to rebuild, repair, or replace within 30 days after receipt of a duly executed proof of loss.

Copyright, American Association of Insurance Services, Inc., 2007



**2. Your Losses --**

**a. Adjustment And Payment Of Loss --** "We" adjust all losses with "you". Payment will be made to "you" unless another loss payee is named in the policy.

**b. Conditions For Payment Of Loss --** An insured loss will be payable 30 days after:

1) a satisfactory proof of loss is received; and

2) the amount of the loss has been established either by written agreement with "you" or the filing of an appraisal award with "us".

**3. Property Of Others --**

**a. Adjustment And Payment Of Loss To Property Of Others --** Losses to property of others may be adjusted with and paid to:

1) "you" on behalf of the owner; or

2) the owner.

**b. We Do Not Have To Pay You If We Pay The Owner --** If "we" pay the owner, "we" do not have to pay "you". "We" may also choose to defend any suits brought by the owners at "our" expense.

## OTHER CONDITIONS

**1. Appraisal --** If "you" and "we" do not agree on the amount of the loss or the value of covered property, either party may demand that these amounts be determined by appraisal.

If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand. The two appraisers will then select a competent, impartial umpire. If the two appraisers are unable to agree upon an umpire within 15 days, "you" or "we" can ask a judge of a court of record in the state where the property is located to select an umpire.

The appraisers will then determine and state separately the amount of each loss.

The appraisers will also determine the value of covered property items at the time of the loss, if requested.

If the appraisers submit a written report of any agreement to "us", the amount agreed upon will be the amount of the loss. If the appraisers fail to agree within a reasonable time, they will submit only their differences to the umpire. Written agreement so itemized and signed by any two of these three, sets the amount of the loss.

Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be paid equally by "you" and "us".

**2. Benefit To Others --** Insurance under this coverage will not directly or indirectly benefit anyone having custody of "your" property.

**3. Conformity With Statute --** When a condition of this coverage is in conflict with an applicable law, that condition is amended to conform to that law.

**4. Estates --** This provision applies only if the insured is an individual.

**a. Your Death --** On "your" death, "we" cover the following as an insured:

1) the person who has custody of "your" property until a legal representative is qualified and appointed; or

Copyright, American Association of Insurance Services, Inc., 2007

2) "your" legal representative.

This person or organization is an insured only with respect to property covered by this coverage.

**b. Policy Period Is Not Extended --** This coverage does not extend past the policy period indicated on the declarations.

**5. Misrepresentation, Concealment, Or Fraud --** This coverage is void as to "you" and any other insured if, before or after a loss:

**a.** "you" or any other insured have willfully concealed or misrepresented:

1) a material fact or circumstance that relates to this insurance or the subject thereof; or

2) "your" interest herein.

**b.** there has been fraud or false swearing by "you" or any other insured with regard to a matter that relates to this insurance or the subject thereof.

**6. Policy Period --** "We" pay for a covered loss that occurs during the policy period.

**7. Recoveries --** If "we" pay "you" for the loss and lost or damaged property is recovered, or payment is made by those responsible for the loss, the following provisions apply:

**a.** "you" must notify "us" promptly if "you" recover property or receive payment;

**b.** "we" must notify "you" promptly if "we" recover property or receive payment;

**c.** any recovery expenses incurred by either are reimbursed first;

**d.** "you" may keep the recovered property but "you" must refund to "us" the amount of the claim paid or any lesser amount to which "we" agree; and

**e.** if the claim paid is less than the agreed loss due to a deductible or other limiting "terms" of this policy, any recovery will be prorated between "you" and "us" based on "our" respective interest in the loss.

**8. Restoration Of Limits --** Except as indicated under Limited Fungus Coverage, a loss "we" pay under this coverage does not reduce the applicable "limits".

**9. Subrogation --** If "we" pay for a loss, "we" may require "you" to assign to "us" "your" right of recovery against others. "You" must do all that is necessary to secure "our" rights. "We" do not pay for a loss if "you" impair this right to recover.

"You" may waive "your" right to recover from others in writing before a loss occurs.

**10. Suit Against Us --** No one may bring a legal action against "us" under this coverage unless:

**a.** all of the "terms" of this coverage have been complied with; and

**b.** the suit has been brought within two years after "you" first have knowledge of the loss.

If any applicable law makes this limitation invalid, then suit must begin within the shortest period permitted by law.

**11. Territorial Limits --** "We" cover property while it is in the United States of America, its territories and possessions, Canada, and Puerto Rico.

**12. Carriers For Hire --** "You" may accept bills of lading or shipping receipts issued by carriers for hire that limit their liability to less than the replacement cost or actual cash value of the covered property.

Copyright, American Association of Insurance Services, Inc., 2007



# ADDITIONAL COVERAGE LIMITATIONS

1. **Occupancy And Use --** "We" do not provide coverage under this policy if, without "our" prior written consent, an "existing building" is:

   a. occupied in whole or in part; or

   b. put to its intended use.

2. **When Coverage Ceases --** Refer to the "schedule of coverages" for a list of conditions that describe when coverage under this policy will end.

# DEFINITIONS

1. "Building materials" means:

   a. additions, alterations, improvements, or repairs to an "existing building"; and

   b. materials, supplies, attachments, and fixtures that will become a permanent part of an "existing building".

2. "Earth movement" means:

   a. earthquake;

   b. landslide;

   c. mine subsidence whether or not the non-natural mine is currently in use;

   d. sinking (other than "sinkhole collapse"), shifting, or rising of earth including, but not limited to, erosion, expansion, shrinking, freezing, thawing, improper soil compaction, and movement of water under the surface of the ground that cause cracking, settling, or shifting of foundations, buildings, or structures; or

   e. eruption, explosion, or effusion of a volcano.

3. "Existing building" means a building or structure that was constructed and standing prior to the inception of this policy and that will undergo renovation or rehabilitation.

   An "existing building" only includes those parts of a standing building or structure that are intended to become a permanent part of the building or structure during renovation or rehabilitation.

4. "Flood" means a general and temporary condition of partial or complete inundation of land that is normally dry resulting from:

   a. overflow of inland or tidal waters, waves, tidal waves or tsunamis, or spray that results from any of these, all whether driven by wind or not;

   b. unusual and rapid accumulation or runoff of surface waters from any source; or

   c. mudslides or mudflows if caused by:

      1) unusual and rapid accumulation or runoff of surface waters or waves; or

      2) currents of water exceeding anticipated cyclical levels.

5. "Fungus" means:

   a. a fungus, including but not limited to mildew and mold;

   b. a protist, including but not limited to algae and slime mold;

   c. wet rot and dry rot;

   d. a bacterium; or

   e. a chemical, matter, or compound produced or released by a fungus, a protist, wet rot, dry rot, or a bacterium, including but not limited to toxins, spores, fragments, and metabolites such as microbial volatile organic compounds.

6. "Jobsite" means any location, project, or work site where "you" are in the process of renovating or rehabilitating a building or structure.

IM 7054 05 07

Copyright, American Association of Insurance Services, Inc., 2007

7. "Limit" means the amount of coverage that applies.

8. "Pollutant" means:

   a. any solid, liquid, gaseous, thermal, or radioactive irritant or contaminant, including acids, alkalis, chemicals, fumes, smoke, soot, vapor, and waste. Waste includes materials to be recycled, reclaimed, or reconditioned, as well as disposed of; and

   b. electrical or magnetic emissions, whether visible or invisible, and sound emissions.

9. "Schedule of coverages" means:

   a. all pages labeled schedule of coverages or schedules that pertain to this coverage; and

   b. declarations or supplemental declarations that pertain to this coverage.

10. "Sinkhole collapse" means the sudden settlement or collapse of earth supporting the covered property into subterranean voids created by the action of water on a limestone or similar rock formation. It does not include the value of the land or the cost of filling sinkholes.

11. "Specified perils" means aircraft; civil commotion; explosion; falling objects; fire; hail; leakage from fire extinguishing equipment; lightning; riot; "sinkhole collapse"; smoke; sonic boom; vandalism; vehicles; "volcanic action"; water damage; weight of ice, snow, or sleet; and windstorm.

   Falling objects does not include loss to:

   a. personal property in the open; or

   b. the interior of buildings or structures or to personal property inside buildings or structures unless the exterior of the roofs or walls are first damaged by a falling object.

   Water damage means the sudden or accidental discharge or leakage of water or steam as a direct result of breaking or cracking of a part of the system or appliance containing the water or steam.

12. "Terms" means all provisions, limitations, exclusions, conditions, and definitions that apply.

13. "Volcanic action" means airborne volcanic blast or airborne shock waves; ash, dust, or particulate matter; or lava flow.

   Volcanic action does not include the cost to remove ash, dust, or particulate matter that does not cause direct physical loss to the covered property.

Copyright, American Association of Insurance Services, Inc., 2007

This endorsement changes the
Builders' Risk Coverage
-- PLEASE READ THIS CAREFULLY --

# SOFT COST, EXTRA EXPENSE, AND RENTAL INCOME ENDORSEMENT



Coverage provided under this endorsement is also subject to the "terms" and conditions in the Builders' Risk Coverage form under the sections titled Agreement, Definitions, Property Not Covered, Perils Covered, Perils Excluded, What Must Be Done In Case Of Loss, Loss Payment, and Other Conditions.

## ADDITIONAL DEFINITION

"Delay" means a delay in the construction, erection, or fabrication of a building or structure.

## COVERAGE

1.  **Soft Costs** --

    a.  **Coverage** -- "We" pay for soft cost expenses that arise out of a "delay" resulting from direct physical loss or damage to a building or structure that is caused by a covered peril.

    b.  **Coverage Limitation** -- "We" only cover soft cost expenses that arise out of a "delay" to a building or structure that is described on the Soft Cost Schedule.

    c.  **Soft Cost Expenses Mean** -- Soft cost expenses mean the necessary expenses relating to the construction, erection, or fabrication of a building or structure that are over and above those costs that would have been incurred had there been no "delay".

    Soft cost expenses are limited to:

    1)  **Advertising** -- Additional advertising, public relations, and promotional expenses.

    2)  **Design Fees** -- Additional fees for architects, interior designers, consultants and other technical advisors, and engineers.

    3)  **Professional Fees** -- Additional fees for accountants and attorneys.

    4)  **Financing** -- Additional cost of financing. Additional cost of financing means additional:

        a)  interest payments on money borrowed to finance construction, remodeling, renovation, or repair including increased interest payments due to a rise in interest rates;

        b)  fees for letters of credit and trusts; and

        c)  commissions and loan fees incurred in rearranging financing for the project.

    5)  **Lease Administration** -- The cost of administrative expenses and commissions that result from the renegotiation of leases.

    6)  **Realty Taxes** -- Additional realty taxes and other assessments that "you" incur for the period of time that construction has been extended beyond the projected completion date.

    7)  **General Administration** -- The cost of general administrative and overhead expenses for additional clerical personnel, additional security costs, and other similar expenses.

    8)  **Lease Expenses** -- The additional cost to extend leases for construction equipment and temporary office space.

    9)  **Permit Fees** -- Additional fees for renewing or replacing construction permits or other licenses and permits necessary to continue construction.

    10) **Insurance Premiums** -- Additional cost of insurance premiums necessary to renew or extend insurance coverage.

IM 7079 04 04

Copyright, American Association of Insurance Services, Inc., 2004

**2.  Extra Expense** --

a.  **Coverage** -- "We" cover only the extra expenses that arise out of a "delay" resulting from direct physical loss or damage to a covered building or structure that is caused by a covered peril.

b.  **Coverage Limitation** -- "We" only cover extra expenses that:

   1)  arise out of a "delay" to a building or structure that is described on the Soft Cost Schedule; and

   2)  are necessary during construction, erection, or fabrication of a covered building or structure.

c.  **Covered Extra Expenses** -- "We" cover the necessary extra expenses that:

   1)  "you" would not have incurred if there had not been loss or damage to a covered building or structure caused by or resulting from a covered peril; and

   2)  are incurred to resume or continue, as nearly as practicable, construction, erection, or fabrication of a covered building or structure.

d.  **Extra Expenses To Reduce A Loss** -- To the extent that they reduce a loss otherwise payable under this endorsement, "we" will cover any extra expenses to:

   1)  repair, replace, or restore any property; and

   2)  research, replace, or restore information on damaged documents, manuscripts, or records that:

      a)  are inscribed, printed, or written; or

      b)  exist on electronic or magnetic media.

**3.  Rental Income** --

a.  **Coverage** -- "We" pay for "your" actual loss of rental income that arises out of a "delay" resulting from direct physical loss or damage to a building or structure that is caused by a covered peril.

b.  **Coverage Limitation** -- "We" only cover loss of rental income that arises out of a "delay" to a building or structure that is described on the Soft Cost Schedule.

c.  **Deduction From Loss Of Rental Income** -- Expenses that do not necessarily continue because of a "delay" will be deducted from the loss of rental income.

## COVERAGE EXTENSIONS

The coverages provided below are part of and not in addition to the applicable "limit" for soft costs, extra expense, and rental income.

**1.  Ordinance Or Law** --

a.  **Coverage** -- Coverage under this endorsement is extended for the increased time of "delay" caused by the enforcement of any ordinance, law, or decree that:

   1)  regulates the construction, use, or repair of a covered building or structure; or

   2)  requires the demolition of a covered building or structure, in part or in whole, not damaged by a covered peril.

b.  **Coverage Limitations** -- Coverage is not extended to include "delay" caused by the enforcement of any ordinance, law, or decree that:

   1)  is not in force at the time of loss; or

Copyright, American Association of Insurance Services, Inc., 2004



2) regulates or requires the testing, evaluating, observing, or recording the existence, level, or effects of "pollutants".

**2. Interruption By Civil Authority** --

**a. Coverage** -- "We" extend coverage for expenses or losses while access to a covered building or structure is specifically denied by an order of civil authority.

**b. Coverage Limitations** -- The order of civil authority must be a result of direct physical loss of or damage to property other than at "your" "jobsite" and must be caused by a covered peril.

This coverage extension does not increase the applicable "limit".

**c. Time Limitation** -- This extension is limited to two consecutive weeks from the date of the event.

**3. Limited Fungus Coverage** --

**a. Coverage** -- "We" extend "your" coverage under this endorsement to include soft cost expenses and loss of rental income that arise out of a "delay" resulting from direct physical loss or damage to a building or structure caused by "fungus".

**b. Coverage Limitations** -- "We" only cover soft cost expenses and loss of rental income resulting from "fungus":

1) when the "fungus" is the result of:

**a)** a "specified peril" other than fire or lightning; or

**b)** "flood" (if the Flood Coverage is provided);

that occurs during the policy period; and

2) if all reasonable steps were taken to protect the covered property from additional damage at and after the time of the occurrence.

**c. Time Limitation** --

1) "We" will pay up to 30 days (unless otherwise indicated on the schedule) for soft cost expenses and loss of rental income if a loss which resulted in "fungus" does not in itself "delay" construction, but such "delay" is necessary due to the loss or damage to property caused by "fungus". The days need not be successive.

2) If a covered "delay" was caused by loss or damage other than "fungus" but remediation of "fungus" lengthens the "delay", "we" will pay up to 30 days (unless otherwise indicated on the schedule) for soft cost expenses and loss of rental income sustained during the "delay". The days need not be successive.

## SUPPLEMENTAL COVERAGES

**Provisions That Apply To Supplemental Coverages** -- A "limit" for a Supplemental Coverage provided below is separate from, and not part of, the applicable "limit" for soft costs, extra expense, and rental income.

The "limit" available for coverage described under a Supplemental Coverage:

**a.** is the only "limit" available for the described coverage; and

Copyright, American Association of Insurance Services, Inc., 2004

**b.** is not the sum of the "limit" indicated for a Supplemental Coverage and the "limit" for soft costs, extra expense, and rental income.

The "limit" provided under a Supplemental Coverage cannot be combined or added to the "limit" for any other Supplemental Coverage or Coverage Extension.

**1. Earthquake Coverage** -- If coverage is indicated on the Soft Cost Schedule, "we" extend "your" coverage under this endorsement to include soft cost expenses and loss of rental income that arise out of a "delay" resulting from direct physical loss or damage to a building or structure caused by earthquake and volcanic eruption to covered property.

**2. Flood Coverage** -- If coverage is indicated on the Soft Cost Schedule, "we" extend "your" coverage under this endorsement to include soft cost expenses and loss of rental income that arise out of a "delay" resulting from direct physical loss or damage to a building or structure caused by "flood" to covered property.

**3. Sewer Backup Coverage** -- If coverage is indicated on the Soft Cost Schedule, "we" extend "your" coverage under this endorsement to include soft cost expenses and loss of rental income that arise out of a "delay" resulting from direct physical loss or damage to a building or structure caused by:

**a.** water that backs up through a sewer or drain; or

**b.** water below the surface of the ground including water that exerts pressure on or flows, seeps, or leaks through or into a covered building or structure.

## ADDITIONAL EXCLUSIONS

Other exclusions relating to Perils Excluded also apply. These exclusions are shown in the Builders' Risk Coverage form.

**1. Additional Time** -- "We" do not pay for any increase in expense or loss resulting from additional time that would be required to replace or repair any part of a covered building or structure due to:

**a.** adverse weather conditions;

**b.** ordinances or laws requiring the use of construction materials or equipment that are different from the property that is destroyed (except as provided under Coverage Extensions);

**c.** ordinances or laws requiring "you" to test, evaluate, observe, or record the existence, level, or effects of pollutants; or

**d.** improvements necessary to correct deficiencies of original construction, erection, or fabrication.

**2. Consequential Loss** -- "We" do not pay for any increase in expense or loss resulting from any other consequential loss.

**3. Leases, Licenses, Contracts, Or Orders** -- "We" do not cover any increase in expense or loss due to the suspension, lapse, or cancellation of leases, licenses, contracts, or orders.

However, "we" do cover loss if the suspension, lapse, or cancellation results directly from a covered "delay".

Copyright, American Association of Insurance Services, Inc., 2004

4.  **Strikes And Other Interference** -- "We" do not cover any increase in expense or loss due to interference by strikers or other persons. This applies to interference with repairing or replacing the covered property or with resuming construction of the covered property.

5.  **Fire Extinguishment** -- "We" do not cover expenses to put out a fire.

6.  **Unnecessary Expenses** -- "We" do not cover any expenses that:

    a.  are not necessary during construction of the covered building or structure; and

    b.  exceed the amount by which a loss is reduced.

# WHAT MUST BE DONE IN CASE OF LOSS

Other "terms" relating to What Must Be Done In Case Of Loss may also apply. These are shown in the Builders' Risk Coverage.

1.  **Due Diligence To Rebuild Or Restore** -- "We" only pay for soft costs, extra expense, and rental income during the period of time that would be required with due diligence and dispatch to rebuild or restore the damaged building or structure with materials of like kind and quality.

    "You" must do everything reasonably possible to minimize soft cost expenses, extra expenses, or loss of rental income.

2.  **Interference And Access** --

    a.  **Minimize Interference** -- "You" must minimize any interference with the construction schedule to avoid or reduce any resulting "delay".

    b.  **Allow Access** -- "You" must also allow "us" access to the covered building or structure so that "we" can negotiate with the contractors, sub-contractors, manufacturers, suppliers, or other involved parties to:

        1)  establish the cause and extent of the loss to the covered building or structure;

        2)  establish the amount of soft cost expenses and/or loss of rental income; and

        3)  determine and suggest methods to minimize or avoid the delay in construction, repairing, remodeling, or renovation.

# HOW MUCH WE PAY

Other "terms" relating to How Much We Pay may also apply. These are shown in the Builders' Risk Coverage.

1.  **Earthquake Period** -- All earthquakes or volcanic eruptions that occur within a 168-hour period will be considered a single loss. This 168-hour period is not limited by the policy expiration.

2.  **Expenses And Income Limit** -- "We" pay for the soft cost expenses, extra expenses, and loss of rental income after the loss to a covered building and structure. The most "we" pay for loss in any one occurrence is the "limit" indicated for Soft Cost, Extra Expense, and Rental Income.

3.  **Waiting Period** -- If a waiting period is indicated on the Soft Cost Schedule, "we" do not pay for "your" soft cost expenses or loss of rental income until after the number of days indicated on the schedule have passed.

    This waiting period does not apply to extra expenses that "you" incur.

---

**IM 7079 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

## ADDITIONAL   CONDITIONS

The following  condition  applies  as it relates  to this endorsement,  other  "terms"  also  apply.  These "terms"  are described  in the  Builders'  Risk  Coverage form.

**Appraisal** -- If "you"  and "we"  do not agree on the amount  of the soft cost expenses,  extra expenses, or loss of rental income,  either party may demand that these amounts  be determined  by appraisal  in accordance  with  the  provisions  described  In the Builders'  Risk Coverage form under Other Conditions, Appraisal.

Copyright, American Association of Insurance Services, Inc., 2004

**AAIS**                                       This endorsement  changes  the
**IM 7088 04 04**                              Builders'  Risk Coverage
**Page 1 of 1**                          -- PLEASE READ THIS CAREFULLY --

# WINDSTORM   DEDUCTIBLE

(The entries  required  to complete  this endorsement
will  be shown  below  or on the "schedule  of coverages".)

## WINDSTORM   SCHEDULE

**Windstorm  Deductible**  (check one)

☐  Flat Deductible                                          $
☒  Percentage  Deductible  (check one)
☒ 1%      ☐ 2%      ☐ 5%

## HOW  MUCH  WE  PAY

In this endorsement  windstorm  refers to the weather  events windstorm  or hail.

The deductible  provision  under How Much We Pay is replaced by the provisions  for Flat Deductible or Percentage Deductible when loss to covered  property  is caused  by or results  from windstorm  or hail.

The Windstorm  Deductible  indicated  on the Windstorm  Schedule  is applicable to loss or damage  to covered  property  caused directly or indirectly by the peril of windstorm.

Loss or damage  resulting  from a covered weather condition,  other than windstorm,  will be considered to be caused by windstorm  and will be considered  part of the windstorm  occurrence  if the loss or damage would  not have occurred without the weather  conditions  of windstorm.

1.  **Flat Deductible --**  When a flat dollar deductible  is indicated  on the Windstorm  Schedule, "we"  pay only that part of "your"  loss over the deductible  amount  in any one occurrence.

2.  **Percentage Deductible --**

    a.  **Percentage --** When a 1%, 2%, or 5% deductible  is indicated  on the Windstorm Schedule,  "we"  pay only that part of "your"  loss over the deductible  amount in any one occurrence.  The deductible amount  is determined  by applying the percentage  indicated  on the schedule to the value of the covered  property  that is involved  in the loss.

    b.  **Value Determined At Time Of Loss --** Only as regards the determination  of the Percentage Deductible,  the value of covered  property  is determined  at the time of loss or damage and in accordance  with the provisions  described  under the Valuation section  of the policy. The value of covered  property  is not based on the estimated  completion  value of the covered property.

    c.  **Deductible Applies Separately --** The percentage deductible  applies separately to each covered building  or structure.

**IM 7088 04 04**

Copyright, American Association of Insurance Services, Inc., 2004

This page intentionally left blank.