# EXHIBIT B



Liberty Mutual Insurance
Processing Center
PO Box 5014
Scranton, PA 18505-5014
202-407-3309
FAX 888-268-8840

September 23, 2022

Auchentoroly Estates LLC
3000 Falls Road, APT 117
Baltimore, MD 21211

SENT VIA ELECTRONIC MAIL TO: jharper@gggco.com

RE:  Insured:                  Auchentoroly Estates LLC
     Loss Location:            3400 Auchentoroly Ter, Baltimore MD, 21217
     Date of Loss:             Reported as October 7, 2019
     Policy Number:            BMO592844861
     Policy Effective Dates:   From 12/21/2018 To 12/21/2019
     Claim Number:             23748958
     Underwriting Company:     The Ohio Casualty Insurance Company

Dear Mr. Midvidy:

We have reviewed correspondence provided on August 25, 2022, by Goodman Gable Gould. Please allow this letter to serve as written notice that we reject your proof of loss forms for building damages, soft costs, extra expenses, and loss of rental income.

Your claimed loss for soft cost, rental income loss and extra expense is based on a delay of 410 days.

The masonry walls damaged under the above-referenced claim were repaired on or before December 14, 2019, a 68-day restoration period.

Our evaluation of your claim included site inspections, review of permits/records/documents, changes in the scope of repairs, and we retained a building consultant to assist in the evaluation of your loss which revealed the following:

- Construction of your 16-unit apartment building was delayed beyond the original estimated completion date prior to the vehicle damage loss.

- Your 16-unit apartment building experienced delays in construction that impacted the critical path to completion that were unrelated to the vehicle damage on the date of loss.

- The masonry wall damaged related to the above-refenced loss did not impact the critical path for completing the 16-unit apartment building beyond delays that were not related to the above-referenced loss.

We are not in agreement with your claimed repair cost estimate, which included items that were not installed at the time of loss and property not covered under the policy as outlined in prior partial denial letters.

Additionally, we decline your request to toll the policy deadline for filing suit.

The Policy contains the following provision in the IM 7054 05 07 (page 13):

\*\*\*

**10. Suit Against Us** -- No one may bring a legal action against "us" under this coverage unless:

**a.** all of the "terms" of this coverage have been complied with; and

\*\*\*

We also refer you to the IM 2041 07 16 (page 1):

\*\*\*

**3.** In all coverage forms except Cold Storage Locker Coverage, Contingent Cargo Coverage, Motor Truck Cargo Legal Liability Coverage, Riggers' Legal Liability Coverage, and Warehouse Legal Liability Coverage, under Other Conditions, paragraph b. of Suit Against Us is deleted and replaced by the following:

**b.** the suit has been brought within three years after "you" first have knowledge of the loss.

\*\*\*

**All other terms and conditions remain unchanged.**


If you have any questions about the content of this letter, or additional information, please do not hesitate to contact me.

The foregoing is not intended to waive any defenses which are now, or which may hereafter become available to us. The foregoing does not constitute a waiver of any term, condition, or exclusion of the insurance policy or any rights and defenses under the policy, and we hereby expressly reserve all of our rights and defenses thereunder.


Sincerely,


Walter Smith
*General Adjuster*


   cc.  MAURY DONNELLY & PARR INC
       24 Commerce St,
       Baltimore, MD 21202